1   GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
    MATTHEW M. PROUDFOOT, SBN 155988
2   MARCIA M. LACOUR, SBN 159282
    38 Discovery, Suite 200
3   Irvine, California 92618
    Telephone: (949) 753-0255
4   Facsimile: (949) 753-0265
    Email: mproudfoot@g3pmlaw.com
5   Email: mlacour@g3pmlaw.com

6

7   Attorney for Defendant FORD MOTOR COMPANY and FUTURE FORD OF CONCORD,
    LLC

8

9

10                      UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12  JUSTIN FREDERICKSEN, an          )  Docket:
    individual and DOES 1-100        )
13  inclusive                        )
                                     )
14          Plaintiff,               )  DECLARATION OF MARCIA M. LACOUR IN
    vs.                              )  SUPPORT OF DEFENDANT FORD MOTOR
15                                   )  COMPANY'S NOTICE OF REMOVAL
    FORD MOTOR COMPANY, a Delaware   )
16  Limited Liability Company,       )
    FUTURE FORD OF CONCORD, LLC, a   )
17  California Limited Liability     )
    Company and DOES 1-100,          )
18  inclusive,                       )
                                     )
19          Defendants.              )
                                     )
20  ─────────────────────────────────

21

22  I Marcia M. LaCour declare as follows:

23      1.   I am an attorney duly licensed to practice law before all

24  courts of the State of California and the United States District

25  Court for the Central District of California.  I represent Defendant

26  Ford Motor Company in the above captioned matter.  I am a member in

27  good standing with the State Bar of California.  I have personal

28

                                    1

knowledge of the following facts, except for those based on information and belief, which I believe to be true, and if called upon to testify, I could and would competently testify to their truth and accuracy.

2.    This declaration is submitted in support of FMC's Notice of Removal to the United States District Court for the Central District of California under 28 U.S.C. § 1332(a)(1), 1441 and 1446.

3.    In executing this declaration, I do not intend, and Ford has not authorized me, to waive any protections or privileges Ford may have as to proprietary, trade secret, and/or confidential information, or to waive Ford's attorney-client privilege as to any of its communications or to waive the work product immunity developed in anticipation of or in response to litigation.  I intend only to describe certain factual matters that are pertinent to this declaration.

4.    Plaintiff alleges he is a resident of Los Angeles County, California (Complaint. ¶ 1). However all documents in possession of Ford Motor Company, most of which were provided by counsel for Plaintiff, indicate Plaintiff is a citizen of Nevada or of Georgia. See Exhibit 2.

5.    Ford Motor Company is and was at the time Plaintiff commenced this action a corporation under the laws of the State of Delaware with its principal place of business in Michigan.  This Court can take judicial notice of these facts.  See Fed. R. Evid. 201 (b)(2) (courts may judicially notice facts that "can be accurately

2

1 and readily determined from sources whose accuracy cannot reasonably

2 be questioned").

3     6.   Defendant Future Ford of Concord, LLC, a California Limited

4 Liability Corporation with its principal place of business in

5 Concord, California in Contra Costa County.

6     7.   Future Ford of Concord, LLC consents to removal.

7     8.   Attached as **Exhibit 1** are true and correct copies of all

8 process, pleadings, and orders for the State Action in FMC's

9 possession pursuant to 28 U.S.C. §1446(a).  The Answer of Defendant

10 Future Ford of Concord, LLC in the State Action was filed 3/22/19, a

11 conformed copy has not yet been received.

12     9. Attached as **Exhibit 2** are true and correct copies of

13 documents indicating Plaintiff is a citizen of Nevada or Georgia?

14     I declare under penalty of perjury under the laws of the United

15 States of America that the foregoing is true and correct and if

16 called as a witness I could and would so testify.

17     Executed this 22nd day of March, 2019, in Irvine, California.

18

19 Dated: March 22, 2019         *Marcia M. LaCour*

20                   Marcia M. LaCour

21

22

23

24

25

26

27

28

DECLARATION OF MARCIA M. LACOUR IN SUPPORT OF DEFENDANT FORD MOTOR
COMPANY'S NOTICE OF REMOVAL

# EXHIBIT 1

 CT Corporation

**Service of Process Transmittal**
02/20/2019
CT Log Number 534958059

TO: Chris Dzbanski
FORD MOTOR COMPANY
1 American Rd Whq 421-E6
Dearborn, MI 48126-2701

RE: **Process Served in California**

FOR: Ford Motor Company  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Justin Fredericksen, etc., et al., Pltfs. vs. Ford Motor Company, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Notice(s), Instructions, Complaint, Declaration, Exhibit(s) |
| **COURT/AGENCY:** | Los Angeles County - Superior Court - Hill Street, CA<br>Case # 19STCV05028 |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - Future Ford Lincoln, VIN: 1FTEW1EP3GKF54339 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/20/2019 at 14:17 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Natan Davoodi<br>The Law Offices of Natan Davoodi, Esq.<br>3580 Wilshire Blvd. Suite 1260<br>Los Angeles, CA 90010<br>310-889-4554 |
| **REMARKS:** | The document(s) received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/21/2019, Expected Purge Date: 02/26/2019<br><br>Image SOP<br><br>Email Notification,  Chris Dzbanski  cdzbansk@ford.com<br><br>Email Notification,  Mary Ann MacKinnon  mmackin1@ford.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Page 1 of  1 / JM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Electronically FILED by Superior Court of California, County of Los Angeles on 02/14/2019 05:00 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Perez,Deputy Clerk
19STCV05028

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

|  | **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
FORD MOTOR COMPANY, a Delaware Limited Liability Company, FUTURE FORD OF CONCORD, LLC, a California Limited Liability Company and DOES 1-100, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JUSTIN FREDERICKSEN, an individual and DOES 1-100 inclusive,

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Central District - Stanley Mosk<br>111 N. Hill Street, Los Angeles, CA 90010 | **CASE NUMBER:**<br>*(Número del Caso):* |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Natan Davoodi, 3580 Wilshire Blvd. Suite 1260, Los Angeles, CA 90010, (310) 889-4554

Sherri R. Carter Executive Officer / Clerk of Court

| DATE: 02/14/2019<br>*(Fecha)* | Clerk, by<br>*(Secretario)* _____ Ricardo Perez | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)　　　　　　☐ CCP 416.60 (minor)
   　　　　☐ CCP 416.20 (defunct corporation)　　☐ CCP 416.70 (conservatee)
   　　　　☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

   　　　　☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

**Page 1 of 1**

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 (Rev. July 1, 2009) | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

| SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| **COURTHOUSE ADDRESS:** Stanley Mosk Courthouse 111 North Hill Street, Los Angeles, CA 90012 | **FILED** Superior Court of California County of Los Angeles **02/14/2019** Sherri R. Carter, Executive Officer / Clerk of Court By: _____Ricardo Perez_____ Deputy |
| **NOTICE OF CASE ASSIGNMENT** **UNLIMITED CIVIL CASE** | |
| **Your case is assigned for all purposes to the judicial officer indicated below.** | **CASE NUMBER:** 19STCV05028 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|---|
| ✓ | Susan  Bryant-Deason | 52 | | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record    **Sherri R. Carter, Executive Officer / Clerk of Court**

on 02/16/2019 _____
  (Date)                                                By Ricardo Perez _____, Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06        **NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

## APPLICATION

The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

## PRIORITY OVER OTHER RULES

The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

## CHALLENGE TO ASSIGNED JUDGE

A challenge under Code of Civil Procedure Section 170.6 must be made within **15 days** after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

## TIME STANDARDS

Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

## COMPLAINTS

All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

## CROSS-COMPLAINTS

Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

## STATUS CONFERENCE

A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

## FINAL STATUS CONFERENCE

The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

## SANCTIONS

The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions

Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases

Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

Electronically FILED by Superior Court of California, County of Los Angeles on 02/22/2019 05:00 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Rios, Deputy Clerk
19STCV05028
Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Susan Bryant-Deason

בס"ד

Natan Davoodi, Esq. (SBN 282806)
**The Law Offices of Natan Davoodi, Esq.**
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010
Phone: 310-889-4554
Fax:   213-382-4083
Attorney for Plaintiffs

## SUPERIOR COURT OF THE STATE OF CALIFORNIA,
## FOR THE COUNTY OF LOS ANGELES

JUSTIN FREDERICKSEN, an individual
and DOES 1-100 inclusive,

                Plaintiffs,

vs.

FORD MOTOR COMPANY, a Delaware
Limited Liability Company, FUTURE
FORD OF CONCORD, LLC, a California
Limited Liability Company and DOES 1-
100, inclusive,

                Defendants.

) CASE NO. _____
)
) 
)
) **JURY TRIAL DEMANDED**
)
) **COMPLAINT FOR DAMAGES AND**
) **CIVIL PENALTY:**
)   **(1) VIOLATION OF SONG-BEVERLY**
)       **CONSUMER WARRANTY ACT**
)   **(2) BREACH OF IMPLIED**
)       **WARRANTY OF**
)       **MERCHANTABILITY**
)   **(3) NEGLIGENT REPAIR**
)   **(4) MISREPRESENTATION**
)

Plaintiff alleges:

### I.  PARTIES

    1. JUSTIN FREDERICKSEN ("Plaintiff"), a natural person, is, and at all times herein mentioned

was, a resident of Los Angeles County, California.

    2. Defendant FORD MOTOR COMPANY ("FMC") was and is a corporation organized and

existing under the laws of the State of Delaware with its principal place of business in Dearborn,

Michigan, and authorized and/or licensed to engage, and engaging in the business of distributing, buying,

and selling FORD automobiles to the general public, including selling automobiles under conditional sale

contracts in the State of California.  FMC does **not** have a State Certified Arbitration program as shown

on http://www.dca.ca.gov/acp/acpprocess.shtml.

COMPLAINT FOR DAMAGES



בס"ד

3. FORD MOTOR COMPANY ("Defendant") is located at One (1) American Road, Detroit, Michigan 48126. Defendant can be served through "C T CORPORATION SYSTEM", its registered agent for service of process in California, located at 818 West Seventh Street, Suite 930, Los Angeles, CA 90017. Defendants operate a business that includes providing sales of FORD motor vehicles and motor vehicle related services to consumers in the State of California.

4. Defendant FUTURE FORD OF CONCORD, LLC ("Defendant" and/or "FUTURE") ("FMC" and "FUTURE" collectively referred to as "Defendants") was and is a corporation organized and existing under the laws of the State of California with its principal place of business in South Gate, California, and authorized and/or licensed to engage, and engaging in the business of distributing, buying, and selling Ford automobiles to the general public, including selling automobiles under conditional sale contracts in the State of California.

5. FUTURE is located at different locations, including, 650 Auto Mall Drive, Roseville, California 95661. FUTURE can be served through GARY STEVEN PLEAU, its registered agent for service of process in California, located at 2285 Diamond Boulevard, Concord, California 94520. FUTURE operates a business that includes providing sales of Ford motor vehicles and motor vehicle related services to consumers in the State of California.

6. FUTURE is an authorized repair facility for FMC, and is located 2285 Diamond Boulevard, Concord, California 94520. FUTURE operates a business that includes provides sales and repairs of Ford and new motor vehicles and motor vehicle related services to consumers in the State of California.

7. Plaintiff does not know the true names and capacities, whether corporate, partnership, associate, individual or otherwise of Defendants sued herein as DOES 1 through 100, inclusive, under the provisions of section 474 of the California Code of Civil Procedure. Defendants DOES 1 through 100, inclusive, are in some manner responsible for the acts, occurrences and transactions set forth herein, and are legally liable to Plaintiff. Plaintiff will seek leave to amend this Complaint to set forth the true names and capacities of the fictitiously named Defendants together with appropriate charging allegations when ascertained.

Page 2

COMPLAINT FOR DAMAGES

בס"ד

8. All acts of corporate employees as alleged were authorized or ratified by an officer, director or managing agent of the corporate employer.

9. On or about November 25, 2016, at Roseville, California, Plaintiff purchased from Future Ford Lincoln, an automobile dealer located at 650 Auto Mall Dr. Roseville, California, for a sum of in excess of $57,771.96 (exclusive of tax and licensing fees), a 2016 Ford F-150 automobile, vehicle identification number 1FTEW1EP3GKF54339 (hereinafter referred to as "the F-150" or "the automobile"), manufactured by Ford Motor Company. The F-150 automobile was a new motor vehicle within the meaning of *Civil Code Section 1793.22(e)(2)* at the time plaintiff purchased it. Plaintiff has also incurred costs in excess of $1,000.00 to register and insure the F-150 automobile. A copy of the contract between Plaintiff and Defendant for sale of the F-150 automobile is attached and incorporated hereto this complaint as **Exhibit A** and incorporated by reference.

10. Plaintiff bought the F-150 automobile primarily for personal, family, or household purposes.

11. Plaintiff bought the F-150 automobile with a balance remaining on the new motor vehicle warranty. (See Exhibits A and B)

12. Defendants appended to the F-150 automobile an express written warranty undertaking to preserve and maintain the utility and performance of the F-150 automobile and/or provide compensation in the event of a failure in utility or performance. A copy of defendant's warranty of the F-150 automobile is attached and incorporated to this complaint as **Exhibit B** and incorporated by reference.

13. On or about May 2, 2017, FMC issued Technical Service Bulletin (TSB) 17-2077 to address "2.7 GTDI – OIL CONSUMPTION WITH DTC P054 AND/OR P06DD, ROUGH IDLE, MISFIRE AND/OR WHITE OR BLUE EXHAUST SMOKE – BUILT ON 1-APR-2016 AND THROUGH 1-JAN-2017". The F-150 automobile was built around August 29, 2016, making TSB 17-2077 applicable. See **Exhibit G**. Although the F-150 automobile was subject to repair, and although Plaintiff complaint and presented the F-150 automobile for the very issues raised in TSB 17-2077, FMC

COMPLAINT FOR DAMAGES

בס"ד

1   and its dealers failed to conform the vehicle to the applicable warranties. Attached and incorporated

2   hereto as **Exhibit C** is a true and correct copy of TSB 17-2077.

3
4          14.     On or about June 27, 2018, with 41,045 miles on the automobile's odometer, the

5   automobile exhibited a failure in utility and performance in that it would not perform as per spec. The

6   automobile's drivetrain and electrical systems malfunctioned. Even though the automobile's spark plugs

7   had recently been replaced ahead of schedule under warranty, the automobile misfired and required

8   further warranty repairs. The automobile was serviced under warranty. Although FMC and its dealers

9   were aware that TSB 17-2077 was applicable, Defendants failed to perform the TSB repairs and

10  misrepresented the applicability of TSB 17-2077 to Plaintiff. Attached and incorporated hereto as **Exhibit**

11  **D** is a true and correct copy of RO560576.

12         15.     On or about July 11, 2018, with 42,081 miles on the automobile's odometer, the

13  automobile exhibited a failure in utility and performance in that it would not perform as per spec. The

14  automobile's drivetrain system malfunctioned.  The automobile's engine misfired for at least the third

15  time and the automobile was serviced under warranty. Although FMC and its dealers were aware that

16  TSB 17-2077 was applicable, Defendants failed to perform the TSB repairs and misrepresented the

17  applicability of TSB 17-2077 to Plaintiff. Attached and incorporated hereto as **Exhibit E** is a true and

18  correct copy of RO58757.

19         16.     On or about August 6, 2018, with 45,570 miles on the automobile's odometer, the

20  automobile exhibited a failure in utility and performance in that it would not perform as per spec. The

21  automobile's drivetrain system malfunctioned. The engine was replaced pursuant to TSB 17-2077. The

22  automobile was serviced under warranty. Attached and incorporated hereto as **Exhibit F** is a true and

23  correct copy of RO713265.

24
25         17.     On or about December 13, 2018, with 53,915 miles on the automobile's odometer, the

26  automobile exhibited a failure in utility and performance in that it would not perform as per spec. The

27  automobile's drive-train system malfunctioned. The automobile would not turn on. The automobile was

28  serviced under warranty. The automobile was out of service by reason of repair of nonconformities for

COMPLAINT FOR DAMAGES



בס"ד

over thirty (30) days. Attached and incorporated hereto as **Exhibit G** is a true and correct copy of RO312878.

18.     To date, Plaintiff's vehicle has not been repaired. The automobile **must** be/will be out of service by reason of repair of nonconformities for at least thirty days (30) days.

19.     As a result of Defendants' refusal and failure to repair the vehicle and to conform the vehicle to applicable warranties, Plaintiff purchased alternative transportation in an amount exceeding $30,000.00.

20.     The F-150 automobile was subjected to repair by defendant's representative a reasonable number of times in attempts to correct the problems referred to in the paragraphs above of this complaint and to conform the F-150 automobile to the applicable express warranties. These attempts were unsuccessful in that the F-150 automobile still exhibited and will exhibit a failure in utility and performance in that it would not and will not perform as per spec, as described above. Additionally, the F-150 automobile were/are/will be out of service by reason of repair of nonconformities for more than 30 calendar days since delivery. Additionally, the vehicle was not serviced and/or repaired so as to conform the F-150 automobile to the applicable warranties within thirty (30) calendar days.

21.     On or about December 13, 2018, Plaintiff requested that FORD MOTOR COMPANY repurchase the automobile given the unequivocal defects in the automobile. FMC opened case CAS-16615482-X8R0S2 and again demanded a repurchase. To date, FORD MOTOR COMPANY refuses to repurchase the vehicle, falsely claiming that the automobile does not meet the criteria for repurchase under Nevada law, even though the vehicle was purchased in California and California law is applicable. Attached and incorporated hereto as **Exhibit H** is a true and correct copy of the claim log.

22.     On all dates stated above and after the unsuccessful attempts at repair, Plaintiff demanded that Defendants replace the F-150 automobile in accordance with *Civil Code Section 1793.2(d)(2)(A)* or make restitution to plaintiff in accordance with *Civil Code Section 1793.2(d)(2)(B)*. As of the date of this complaint, Defendants have failed and refused, and continues to fail and refuse, to replace the F-150 automobile or make restitution.

COMPLAINT FOR DAMAGES

בס"ד

23.    It is FMC's policy to "Reduce RAVs and to Reduce BBB cases" – to quickly deny all repurchases and avoid liability of any kind. It is also FMC's "policy to honor the new vehicle limited warranty and State Lemon Laws" but "FMC does not repurchase vehicles except in extreme circumstances" in willful and deliberate disregard and noncompliance to FMC's obligations.

24.    As a result, plaintiff has been damaged in an amount excess of $90,000.00.

25.    FMC does not have a State Certified Arbitration program as shown on http://www.dca.ca.gov/acp/ acpprocess.shtml, and therefore, Plaintiff is entitled to <u>automatic</u> civil penalties. Additionally, because FMC willfully failed to comply with its obligations under Song-Beverly Consumer Warranty Act, Plaintiff is entitled to civil penalties in an amount in excess of $180,000.00 for a total of $270,000.00.

26.    As a further proximate result of defendant's failure to comply with its obligations to plaintiff, plaintiff has been required to incur costs and attorney's fees at a court-approved rate of $605.00 an hour.

## II. FIRST CAUSES OF ACTION

### VIOLATION OF THE SONG-BEVERLY CONSUMER WARRANTY ACT
(Against Defendants FMC and DOES 1 Through 100)

27.    Plaintiff incorporates by reference the allegations set forth in paragraphs 1 through 26.

28.    FMC is the warrantor of the F-150 automobile's express warranty.

29.    Pursuant to the F-150 automobile's express warranties, FMC undertook to preserve or maintain the utility or performance of the F-150 automobile or provide compensation if there was a failure in such utility or performance.

30.    The F-150 automobile has and has had serious defects and nonconformities to warranty including, but not limited to, failure in utility and performance in that it would not perform as per spec and the defects described above.

COMPLAINT FOR DAMAGES

THE LAW OFFICES OF HAMAN DAVOODI
3580 WILSHIRE BLVD. SUITE 1260
LOS ANGELES, CA 90010
(310) 889-4554 (P) | (213) 382-4083 (F)



בס"ד

31.     Under the Song-Beverly Consumer Warranty Act (the "California Lemon Law"), the F-150 automobile is a "consumer good" leased primarily for family or household purposes and Plaintiff has used the F-150 automobile primarily for those purposes.

32.     Plaintiff is a "buyer" of consumer goods under the California Lemon Law.

33.     The foregoing defects and nonconformities to warranty manifested themselves within the applicable express warranty period. The nonconformities substantially impair the use, value and/or safety of the F-150 automobile.

34.     Plaintiff delivered the F-150 automobile to FMC FMC's authorized repair facilities, for repair of the nonconformities on numerous occasions.

35.     FMC's authorized repair facilities, were/are/will be unable to conform the F-150 automobile to the applicable express warranties after a reasonable number of attempts.

36.     FMC's authorized repair facilities, were/are/will be unable to conform the F-150 automobile to the applicable express warranties within thirty (30) calendar days.

37.     By failure of FMC to remedy the defects as alleged above, or to issue a refund or replacement, FMC is in breach of its obligations under the California Lemon Law.

38.     Plaintiff is entitled to justifiably revoke acceptance of the F-150 automobile under the California Lemon Law. This Complaint also, again, hereby rejects and revokes acceptance of the F-150 automobile.

39.     Under the California Lemon Law, Plaintiff is entitled to reimbursement of all payments made towards the F-150 automobile.

40.     Plaintiff is entitled to damages resulting from FMC's failure to comply with its obligations under the California Lemon Law.

COMPLAINT FOR DAMAGES

בס"ד

41.     Plaintiff is entitled under the California Lemon Law to recover as part of the judgment a sum equal to the aggregate amount of costs and litigation-related expenses, including attorney's fees, reasonably incurred in connection with the commencement and prosecution of this action.

42.     Plaintiff is entitled, in addition to the other amounts recovered, to a civil penalty of up to two times the amount of actual damages because FMC willfully failed to comply with its responsibilities under the California Lemon Law.

### III. SECOND CAUSE OF ACTION

#### BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY
(Against All Defendants)

43.     Plaintiff incorporates by reference the allegations in paragraphs 1 through 42.

44.     Plaintiff's purchase of the F-150 automobile was accompanied by FMC's and FUTURE's implied warranty of merchantability. (See **Exhibits A-H**)

45.     The implied warranty of merchantability means and includes that the goods will comply with each of the following requirements: (1) they would pass without objection in the trade under the contract description; (2) they are fit for the ordinary purposes for which such goods are used; (3) they are adequately contained, packaged, and labeled; and (4) they conform to the promises or affirmations of fact made on the container or label.

46.     Because the F-150 automobile was sold to Plaintiff with a defect that manifested itself within the period of the implied warranty and which substantially reduces its safety and performance, each automobile (1) would not pass without objection in the trade under the contract description, (2) was and is not fit for the ordinary purposes for which such goods are used, (3) was not adequately contained, packaged, and labeled, and (4) did not conform to the promises or affirmations of fact made on the container or label.

47.     Plaintiff has rightfully rejected and/or justifiably revoked acceptance of the F-150 automobile, and is entitled under the California Lemon Law to rescind the purchase contract and to

COMPLAINT FOR DAMAGES



בס"ד

restitution of all money paid towards the purchase contract. This Complaint also, again, hereby rejects and revokes acceptance of the F-150 automobile.

48.      Plaintiff has been proximately damaged by FMC's violations of the California Lemon Law, including its failure to comply with its obligations under the implied warranty of merchantability.

49.      Plaintiff is entitled to the remedies provided by the California Lemon Law, including the remedies set forth in Civil Code Section 1794, and including his/her attorney's fees, costs, and expenses.

50.      Plaintiff is entitled to automatic civil penalties without a showing of willfulness because FMC does NOT maintain a State Certified Arbitration program as shown on http://www.dca.ca.gov/acp/acpprocess.shtml.

51.      Plaintiff is entitled to civil penalties as a result of Defendants' willful noncompliance.

## IV. <u>THIRD CAUSE OF ACTION</u>

### NEGLIGENT REPAIR
(Against All Defendants)

52.      Plaintiff incorporates by reference the allegations in paragraphs 1 through 51.

53.      At all times mentioned herein, Defendants and DOES 1-100, were engaged in the business of designing, manufacturing, testing, distributing, selling, inspecting, repairing, marketing, constructing, labeling, and advertising of Ford vehicles, including the automobile.

54.      At all times mentioned herein, FMC, FUTURE and DOES 1-100 had a duty of care in the designing, manufacturing, testing, distributing, selling, inspecting, repairing, marketing, constructing, labeling, and advertising of Ford vehicles, including the automobile.

55.      At all times herein mentioned, FMC, FUTURE and DOES 1-100 had a duty to warn all users of their vehicles of the attendant risks of harm, said risks of harm being at all times known and/or foreseeable to Defendants.

THE LAW OFFICES OF NATAN DAVOODI
3580 WILSHIRE BLVD, SUITE 1260
LOS ANGELES, CA, 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

---

Page 9

בס"ד

56.     At all times herein mentioned, FMC, FUTURE and DOES 1-100 knew, or in the exercise of reasonable care should have known, that if the automobile was not properly designed, manufactured, tested, distributed, sold, inspected, repaired, marketed, constructed, and labeled, for the use and purpose for which the automobile was intended, the automobile was likely to cause injuries to owners, passengers, and users of the automobile.

57.     On all dates where the automobile was serviced, Plaintiff had asked FMC, FUTURE and DOES 1-100 whether or not the automobile was in a safe and operable condition. Plaintiff asked if there had been any previous problems with the automobile. Plaintiff asked DOES 1-100 about the automobile's history and stressed the need for a problem-free and stress-free vehicle. DOES 1-100 represented to Plaintiff that he would have a problem-free experience and would not have to deal with any repairs or problems. DOES 1-100 stressed that the automobile would not experience any problems. Plaintiff was told that all components were operating as designed, operating properly and that Plaintiff would be "COMPLETELY SATISFIED" with the automobile.

58.     After Plaintiff purchased the vehicle, it was discovered that the automobile had been serviced for certain repairs ahead of its maintenance schedule, showing that the automobile did show signs of previous problems and safety issues.

59.     At a time prior to the sale of the automobiles, FMC, FUTURE and DOES 1-100 intentionally and with conscious disregard to Plaintiff's safety and rights misrepresented the history of the automobile to hide the fact that the vehicle was defective and unsafe when used and operated in the manner for which it was intended.

60.     The automobile's defects existed at the time it left FMC's, FUTURE', and DOES 1-100's control.

61.     As set forth above, since purchasing the automobile, Plaintiff has delivered the subject vehicle for repair to Defendant FMC and/or Defendant FMC's authorized repair facility, FUTURE, to repair nonconformities to warranty, including, but not limited to defects which have manifested in the automobile.

COMPLAINT FOR DAMAGES

THE LAW OFFICES OF HAYAN DAVOODI
3580 WILSHIRE BLVD, SUITE 1260
LOS ANGELES, CA, 90010
(310) 889-4554 (P) | (213) 382-4083 (F)

בס"ד

62.     As stated above Defendant FUTURE is FMC's authorized and actual agent regarding sales, repairs and maintenance of the subject vehicle.

63.     Defendants owed a duty of care to Plaintiff to exercise reasonable care in performing the repairs described above.

64.     Defendants failed to exercise reasonable care in performing the repairs described above.

65.     Plaintiff has suffered damages resulting from Defendants' failure to exercise reasonable care in performing the repairs described above.  Such damages include, but are not limited to: incidental, consequential, and general damages, including, but not limited to, reasonable repair, towing, and rental car costs actually incurred by Plaintiff.

66.     As a direct and legal result of the automobile's defects, Plaintiff was injured by the automobile while it was being used in the manner for which it was intended, the risk of which was at all times known and foreseeable to FMC, FUTURE and DOES 1-100. Plaintiff is entitled to general damages, in an amount to be proven at trial, for her/his injuries, pain and suffering, mental suffering, medical expenses, property damage, lost earnings, and lost earning capacity.

## V.  **FOURTH CAUSE OF ACTION**

### **MISREPRESENTATION**
(Against All Defendants)

67.     Plaintiff incorporates by reference the allegations in paragraphs 1 through 66, inclusive.

68.     Defendants represented to Plaintiff that the automobile was safe to drive.

69.     Defendants represented to Plaintiff after each service attempt that the automobile was serviced properly and that there would be no further problems with the automobile.

70.     Defendants represented to Plaintiff that Plaintiff's vehicle did not qualify for repurchase.

71.     Defendants represented to Plaintiff that Plaintiff's vehicle was not subject to repurchase under California's Lemon Laws.

72.     Defendants represented to Plaintiff that there was nothing they could do to assist Plaintiff other than offer to re-inspect the F-150 automobile.

THE LAW OFFICES OF HATAM DAVOODI
3560 WILSHIRE BLVD, SUITE 1260
LOS ANGELES, CA 90010
(310) 869-4554 (P) | (213) 392-4083 (F)

COMPLAINT FOR DAMAGES



בס"ד

73.  Defendants represented to Plaintiff that a fact was true.

74.  The representations made by Defendants were false.

75.  Defendants knew that the representations were false when they made them, or that Defendants made the representation recklessly and without regard for its truth.

76.  Defendants intended that Plaintiff rely on the representations.

77.  Plaintiff reasonably relied on the representations made by Defendants.

78.  Plaintiff was harmed.

79.  Plaintiff's reliance on the representation made by Defendants was a substantial factor in causing his harm.

WHEREFORE, Plaintiff prays judgment as follows:

1.  For general damages, or such other amount as proven at trial;
2.  For punitive damages in a sum as proven at trial;
3.  For actual damages in a sum as proven at trial;
4.  For rescission of the automobile's purchase contract and restitution of all monies expended by Plaintiff towards such contract;
5.  For a civil penalty under the California Lemon Law equal to twice Plaintiff's general damages;
6.  For a civil penalty of two times the amount of actual damages;
7.  For prejudgment interest at the legal rate;
8.  For reasonable attorney's fees at the rate of $605 per hour;
9.  For costs of suit herein incurred; and
10. For such other and further relief as the court may deem proper.

## VI. <u>JURY TRIAL DEMAND</u>

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: January 21, 2019

THE LAW OFFICES OF NATAN DAVOODI

By: _____
Natan Davoodi, Esq.
Attorney for Plaintiff

COMPLAINT FOR DAMAGES

בס"ד

## DECLARATION OF NATAN DAVOODI

I, Natan Davoodi, hereby declare on oath as follows:

1.      I am an attorney licensed to practice law in the state of California. I am over the age of 18 years and I have personal knowledge of the matters attested to herein. If called upon to testify, I would and could competently do so.

2.      I make this declaration pursuant to California Civil Code section 1780(c) on behalf of my client, Plaintiff Justin Fredericksen.

3.      FORD MOTOR COMPANY is located at One American Road, Detroit, Michigan 48126. Defendant can be served through "C T CORPORATION SYSTEM", its registered agent for service of process in California, located at 818 West Seventh Street, Suite 930, Los Angeles, CA 90017. Defendants operate a business that includes providing sales of FORD motor vehicles and motor vehicle related services to consumers in the State of California.

4.      FUTURE FORD OF CONCORD, LLC is located at different locations, including, 650 Auto Mall Drive, Roseville, California 95661. FUTURE can be served through GARY STEVEN PLEAU, its registered agent for service of process in California, located at 2285 Diamond Boulevard, Concord, California 94520. FUTURE operates a business that includes providing sales of Ford motor vehicles and motor vehicle related services to consumers in the State of California.

5.      Pursuant to CCP §1782, Plaintiff contacted Defendants prior to the commencement of this action, notifying Defendant and demanding that Defendants correct, repair, replace, or otherwise rectify the goods or services alleged to be in violation of Section 1770. Plaintiff sent notice in writing via certified mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Dated this 21st day of January 2019 at Los Angeles, California.

By: 
Natan Davoodi
Attorney for Plaintiff

COMPLAINT FOR DAMAGES

בס"ד

# EXHIBIT A

From:                                          12/13/2016 11:59      #925 P.002/003





בס"ד

# EXHIBIT B



2016 Model Year Ford Warranty Guide





1. INTRODUCTION ......................................................... 1

2. IMPORTANT INFORMATION YOU SHOULD KNOW ............................. 2

   If You Need Customer Assistance ....................................

   Know When Your Warranty Begins .....................................

   Check Your Vehicle ..................................................

   Maintain Your Vehicle Properly .....................................

   Who Pays For Warranty Repairs? .....................................

   Do Warranties Apply to Other Countries? ............................ 4

3. THE NEW VEHICLE LIMITED WARRANTY FOR YOUR 2016-MODEL VEHICLE .......

   Limitations And Disclaimers ........................................

   What Is Covered? ...................................................

   What Is Not Covered? ............................................... 12

4. IN ADDITION ........................................................ 13

   Roadside Service Assistance (United States, Puerto Rico, And U.S. Virgin Islands) ...... 15

5. FEDERAL REQUIREMENTS FOR EMISSIONS WARRANTIES ...................... 17

   What Is Covered? ................................................... 20

   What Is Not Covered? ............................................... 21

6. CALIFORNIA REQUIREMENTS FOR EMISSIONS WARRANTIES ................... 22

   What Is Covered? ................................................... 23

   What Is Not Covered? ............................................... 29



7. ADDITIONAL INFORMATION ABOUT YOUR EMISSION WARRANTY COVERAGE, UNDER FEDERAL AND CALIFORNIA REQUIREMENTS ...... 30

8. NOISE EMISSIONS WARRANTY ........................................... 31

9. FORD EXTENDED SERVICE PLAN ......................................... 33

10. BETTER BUSINESS BUREAU (BBB) AUTO LINE PROGRAM .................... 34

11. STATE WARRANTY ENFORCEMENT LAWS ................................... 39

12. IMPORTANT INFORMATION ABOUT AMBULANCE CONVERSIONS ................. 39











### QUICK REFERENCE: WARRANTY COVERAGE





**The New Vehicle Limited Warranty**

- all Genuine
- Oils, lubricants, other fluids
- safety filters
- the semiconductors
- electrical/publishing

**GVWC Hands-Free Communications and Entertainment System**

**OTHER Items or Conditions Not Covered**

**The New Vehicle Limited Warranty does not cover**



**ROADSIDE SERVICE ASSISTANCE**
(UNITED STATES, PUERTO RICO, AND U.S. VIRGIN ISLANDS)



**QUICK REFERENCE: EMISSIONS WARRANTY COVERAGE**

**EMISSIONS DEFECT WARRANTY COVERAGE**

**EMISSIONS PERFORMANCE WARRANTY COVERAGE**









**NOISE EMISSIONS WARRANTY FOR CERTAIN LIGHT TRUCKS**

**MORE PROTECTION FOR YOUR VEHICLE**





Ford Motor Company
Customer Relationship Center
P.O. Box 6248
Dearborn, MI 48126



בס"ד

# EXHIBIT C

**TECHNICAL SERVICE BULLETIN**
**2.7L GTDI - Oil Consumption With DTC P0524 And/Or P06DD, Rough Idle, Misfire And/Or White Or Blue Exhaust Smoke - Built On 1-Apr-2016 And Through 1-Jan-2017**

17-2077
02 May 2017

This article supersedes TSB 17-0007 to update the vehicle model years, production fix date, Service Procedure and Part List.

This bulletin supersedes TSB 17-0007. Reason for update: Concern carry over to a New Model year, update the production fix date, Service Procedure and Part List.

**Model:**

| Ford 2016-2017 F-150 | Build Date: 1-Apr-2016-1-Jan-2017 Engine: 2.7L |
|---|---|

**Issue:** Some 2016-2017 F-150 vehicles equipped with a 2.7L gasoline turbocharged direct injection (GTDI) engine and built on 1-Apr-2016 and through 1-Jan-2017 may exhibit white or blue smoke from the exhaust, rough idle in neutral or park at normal operating temperature or after a hot restart. The vehicle may also exhibit an illuminated malfunction indicator lamp (MIL) and diagnostic trouble codes (DTCs) P0300, P0301, P0302, P0303, P0304, P0305, P0306, P0316, P0524 and/or P06DD with the excessive oil consumption. Oil consumption may be 1 Liter (1 quart) in less than 4,800 km (3,000 miles).

**Action:** Follow the Service Procedure steps to correct this condition.

**Parts**

| Part Number | Description | Quantity |
|---|---|---|
| - | Replacing Engine Assembly - Long Block - Unique Parts | - |
| - | | - |
| FL3Z-6006-F | Engine Assembly - Long Block | 1 |
| 7L1Z-4B496-C | Bolt - Front CV to Pinion | 2 |
| 7L1Z-4B496-D | Bolt - Rear CV to Pinion | 3 |
| W520111-S440 | Nut - Transmission Cooler Line Bracket | 1 |
| W520113-S440 | Nut - Sway Bar Mount | 4 |
| W520514-S440 | Nut - Catalytic Converter (4 Required) | 4 |
| W713244-S439 | Bolt - Engine Mount to Frame | 1 |
| W714659-S437 | Nut - Torque Converter (1 Package of 4 Required) | 1 |
| W714717-S439 | Bolt - Y pipe To Catalytic Converter | 2 |
| W715211-S439 | Bolt - Left Side Engine Mount | 1 |
| W716530-S440 | Nut And Washer Assembly - Right Side Engine Mount | 3 |
| N806684-S101 | Bolt - Steering Shaft | 1 |
| - | | - |
| - | Replacing Engine Cylinder Head Assembly - Unique Parts | - |
| - | | - |
| FL3Z-6049-J | Left Side Cylinder Head Assembly | 1 |
| FL3Z-6049-K | Right Side Cylinder Head Assembly | 1 |
| FL3Z-6079-D | Kit - Cylinder Head Gasket | 1 |
| FL3Z-6675-B | Engine Oil Pan Assembly | 1 |
| CP9Z-6279-C | Bolt - Variable Camshaft Timing | 4 |
| - | | - |
| - | Parts Common To Both Repairs | - |
| - | | 1 |
| BL3Z-9229-C | Fuel Injector O-ring Kit | 2 |
| CYFS-092-YPT | Spark Plug | 6 |
| W714870-S430 | Nut - Turbo Mount | 4 |
| W716117-S437 | Bolt - Turbo Mounting | 2 |
| W716383-S437 | Stud - Turbo Mounting | 1 |
| BL3Z-6C683-A | Filter Assembly | 1 |
| D97Z-19B366-A | Kit Assembly A/C - O-rings | 1 |
| FL3Z-6C226-A | Exhaust Gasket | 2 |
| FT4Z-6A340-A | Bolt - Crank Pulley | 1 |
| FT4Z-9J323-A | High Pressure Fuel Rail | 1 |
| FT4Z-9J323-B | High Pressure Fuel Rail | 1 |
| FT4Z-8507-C | Gasket - Water Pump | 1 |
| FT4Z-12A648-B | FT4Z-12A648-B - Sensor - Cylinder Head Temperature | 1 |
| FT4Z-6731-A | Filter Engine Oil Assembly | 1 |
| CU7Z-19B508-A | Flange Sealant | 1 |
| PM-4-A | Motorcraft® Metal Brake Parts Cleaner | 1 |
| TA-24-B | Motorcraft® Thread Sealant with PTFE | 1 |
| YN-12-D | Motorcraft® PAG Refrigerant Compressor Oil (2016 F-150) | 1 |
| YN-35 | Motorcraft® R-1234yf Refrigerant PAG Oil (2017 F-150 ) | 1 |
| XL-2 | Motorcraft® High Temperature Nickel Anti-Seize Lubricant | 1 |
| TA-357 | Motorcraft® High Performance Engine RTV Silicone | 1 |
| ZC-30-A | Motorcraft® Silicone Gasket Remover | 1 |

| ZC-31-B | Motorcraft® Metal Surface Prep Wipes | 1 |
| VC-3-B | Motorcraft® Orange Concentrated Antifreeze/Coolant | 1 |
| XO-5W30-QSP | Motorcraft® SAE 5W-30 Synthetic Blend Motor Oil (up to 10 quarts) | 10 |

**Warranty Status:** Eligible Under Provisions Of New Vehicle Limited Warranty Coverage And Emissions Warranty Coverage Warranty/ESP coverage limits/policies/prior approvals are not altered by a TSB. Warranty/ESP coverage limits are determined by the identified causal part and verified using the OASIS part coverage tool.

**Labor Times**

| Description | Operation No. | Time |
|---|---|---|
| 2016-2017 F-150 4X2 2.7L GTDI: Retrieve DTCs And Replace Both (2) Cylinder Heads Includes Time To Perform Road Tests (Do Not Use With Any Other Labor Operations) | 172077A | 21.5 Hrs. |
| 2016-2017 F-150 4X2 2.7L GTDI: Retrieve DTCs And Replace Long Block Assembly Includes Time To Perform Road Tests (Do Not Use With Any Other Labor Operations Except E) | 172077B | 16.5 Hrs. |
| 2016-2017 F-150 4X4 2.7L GTDI: Retrieve DTCs And Replace Both (2) Cylinder Heads Includes Time To Perform Road Tests (Do Not Use With Any Other Labor Operations) | 172077C | 21.8 Hrs. |
| 2016-2017 F-150 4X4 2.7L GTDI: Retrieve DTCs And Replace Long Block Assembly Includes Time To Perform Road Tests (Do Not Use With Any Other Labor Operations Except E) | 172077D | 17.0 Hrs. |
| 2016-2017 F-150 2.7L: Additional Time When Prior Approval Is Required For Long Block Replacement (Can Be Claimed With Operations B Or D) | 172077E | 0.3 Hr. |

**Repair/Claim Coding**

| Causal Part: | 6049 |
| Condition Code: | 42 |

## Service Procedure

1. Check the vehicle build date. Was the vehicle built on 1-Apr-2016 and through 1-Jan-2017?

   (1). Yes - proceed to step 2.

   (2). No - this article does not apply. Refer to the Powertrain Control/Emissions Diagnosis (PC/ED) manual for normal diagnostics.

2. Connect the Ford Integrated Diagnostic System (IDS) service tool or equivalent scan tool to the data link connector (DLC) and check for DTCs. Are DTCs P0524 and/or P05DD stored in the powertrain control module (PCM) memory?

   (1). Yes - proceed to Step 3.

   (2). No - replace the cylinder heads. Refer to Workshop Manual (WSM), Section 303-01. The repair is complete.

3. Check the engine oil level on the engine oil level indicator. Refer to WSM, Section 303-01. Is the oil level within the minimum and maximum marks on the indicator?

   (1). Yes - proceed to Step 4.

   (2). No - add engine oil as needed to achieve correct oil level on indicator. Proceed to Step 4.

4. Run the engine until it reaches normal operating temperature. Using IDS, monitor the engine oil pressure. Refer to WSM, Section 303-01. Is oil pressure within the specification?

   (1). Yes - replace the cylinder heads. Refer to WSM, Section 303-01.

   (2). No - replace the long block engine assembly. Refer to WSM, Section 303-01.

Prior approval and cost cap must be completed as required. However, follow the diagnostic repair procedure in this article to determine correct repair.

© 2017 Ford Motor Company
All rights reserved.
NOTE: The information in Technical Service Bulletins is intended for use by trained, professional technicians with the knowledge, tools, and equipment to do the job properly and safely. It informs these technicians of conditions that may occur on some vehicles, or provides information that could assist in proper vehicle service. The procedures should not be performed by "do-it-yourselfers". Do not assume that a condition described affects your car or truck. Contact a Ford or Lincoln dealership to determine whether the Bulletin applies to your vehicle. Warranty Policy and Extended Service Plan documentation determine Warranty and/or Extended Service Plan coverage unless stated otherwise in the TSB article. The information in this Technical Service Bulletin (TSB) was current at the time of printing. Ford Motor Company reserves the right to supersede this information with updates. The most recent information is available through Ford Motor Company's on-line technical resources.

בס"ד

# EXHIBIT D

**CUSTOMER #: 144034**

**560576**

# JONES-WEST FORD
SALES-SERVICE-USED CARS-TRUCKS
3600 Kietzke Lane
P.O. Box 12970
Reno, Nevada 89510-2970
(775) 829-3200

JUSTIN WILLIAM FREDERICKSEN

*ACCOUNTING*

PAGE 1
** PRE-INVOICE **

HOME:
BUS:                     CONT
                         CELL:

SERVICE ADVISOR:  1706 MICHAEL F MCNALLY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| GREY | 16 | FORD F-150 | 1FTEW1EP3GKF54339 | | 41045/41047 | T996 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE. | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|-------|---------|-----------|
| 25NOV16 DD | | | 17:00 27JUN18 | | 0.00 | CASH | 27JUN18 |

| R.O. OPENED | READY | OPTIONS: |
|-------------|-------|----------|
| 09:20 27JUN18 | 16:22 27JUN18 | |

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|-------|---|------|-----|-------|

A CUSTOMER STATES CHECK ENGINE LIGHT CAME ON AND HAS A CYL 2 MISFIRE
    DETECTED, STATES ALL 6 PLUGS WERE JUST CHANGED AT TOOELE FORD
    IN UTAH C/A CHECK CONCERN.
CAUSE:
CONCERN CODE:
    20FOZ MISC REPAIRS
         1732   WRI  0.00  0.00                              0.00        0.00
    COST/SALE/COMP:      0          0
    1 SP5542X SPARK PLUG                          17.62      8.48        8.48
    COST/SALE/COMP:    606        848           0
    FOZ PARTS COUNT:                  1606       848  PARTS
    CLAIM TYPE:
    AUTH CODE:
    1732                                           0 TLABOR
PARTS:        8.48 LABOR:      0.00 OTHER:      0.00  TOTAL LINE A:      8.48
VERSION 1 (EMP# 1760,27JUN18 16:09): 41045 #5 CYLINDER MISFIRE,
SPARK PLUG HAD BROKEN ELECTRODE. WARRANTY REPLACED SPARK PLUG,
RECHECKED, NO MISFIRES NOTED. (THIS IS THE SECOND TIME PLUG DAMAGED #5
CYLINDER. INTERNAL ENGINE ISSUE?)
B COMPLETE VEHICLE CHECK-UP
CAUSE: A $29.95 VALUE AT NO CHARGE TO CUSTOMER.
    40FOZ-99P COMPLETE VEHICLE CHECK-UP
         1732  CPS  0.00  0.00                              0.00        0.00
    COST/SALE/COMP:    220          0
    GBATT TEST BATTERY GOOD
         1732  CPS  0.00  0.00                              0.00        0.00
    COST/SALE/COMP:      0          0
    GTIRE INSPECT TIRES GOOD
         1732  CPS  0.00  0.00                              0.00        0.00
    COST/SALE/COMP:      0          0
    GBK INSPECT BRAKES GOOD
         1732  CPS  0.00  0.00                              0.00        0.00
    COST/SALE/COMP:
PARTS:        0.00 LABOR:      0.00 OTHER:      0.00  TOTAL LINE B:      0.00

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

SIGN HERE X _____

ACCOUNTING COPY

בס"ד

# EXHIBIT E

| Adv: 516 JESUS ORTA | | Tag 1316 | License N/A | 1FTEW1EP3 GKF54339 | Page 1 | Invoice C58757 |
|---|---|---|---|---|---|---|

**Invoice To** | **Driver/Owner Information**

FREDERICKSEN, JUSTIN

Cell: ▮▮▮▮▮  Home: ▮▮▮▮▮

FREDERICKSEN, JUSTIN

Cell: ▮▮▮▮▮

**For Office Use**

| Odometer in: 42081 | Out: 42090 | Dist: 1FA CUS C | Final | 16 FORD F-150  CREW CAB GRAY |
|---|---|---|---|---|
| Begin: 07/13/18 | Done: 07/13/18 | Invoiced: 07/19/18 13:29 3O | Inservice: 11/23/16 | Production: 08/29/16 |

**Customer Concern**

| Concern 24 | CUSTOMER STATES PERFORM MULTI-POINT INSPECTION | Operation | Tech | Amount |
|---|---|---|---|---|
| Cause | VRC | 99P | 582 | 0.00 |
| Correction | PERFORM MULTI-POINT INSPECTION | | | |
| | | | Subtotal | |
| Type: C | | TOTAL CHARGE FOR CONCERN | | 0.00 |

| Concern 51 | CUSTOMER STATES VEHICLE RUNS ROUGH AND SERVICE WRENCH WARNING CAME ON. #5 CYLINDER SPARK PLUG HAS BEEN REPLACED TWICE. PLEASE CHECK AND ADVISE | Operation | Tech | Amount |
|---|---|---|---|---|
| Cause | PCM CMDTC P0297 VEHICLE OVERSPEED CONDITION. SNAPSHOT DATA SHOWS VEHICLE TRAVELING 100 MPH. | ECSD | 582 | * 129.86 |
| Correction | IDS SELF TEST PCM CMDTC P0297 VEHICLE OVERSPEED CONDITION. SNAPSHOT DATA SHOWS VEHICLE TRAVELING 100 MPH. CLEARED DTC. ROAD TESTED OKAY, NO MISFIRE COUNTS, NO DTC SET. NO VEHICLE FAULT VERIFIED. | | | |
| | | | Subtotal | |
| | | LAB-MECHANICAL | | 129.86 |
| Type: C | | TOTAL CHARGE FOR CONCERN | | 129.86 |

**Summary of Charges for Invoice C58757** | **Invoice C58757**

| SUPPLIES | 25.97 | TOTAL CHARGE | 160.13 |
|---|---|---|---|
| SERVICE-HISTORY ADN | 1.99 | | |
| LAB-MECHANICAL | 129.86 | VISA | 160.13 |
| SUB-TOTAL | 157.82 | | |
| SALES TAX | 2.31 | | |
| TOTAL CHARGE | 160.13 | | |

| $99.00-$155.00 | | | |
|---|---|---|---|
| Estimate | 155.00 | | |

UC582004



| Adv: 516  JESUS ORTA | | Tag 1116 | License N/A | 1FTEW1EP3 GKF54339 | Page 2 (Last) | Invoice C58757 |
|---|---|---|---|---|---|---|

| Invoice to: FREDERICKSBERG  AUSTON | 18 FORD F-150  CREW CAB GRAY |
|---|---|

Invoiced: 07/19/18  13:29:58  JO

IF you have any questions - please see  JESUS ORTA
ALL INVOICES NOT PAID IN ITS ENTIRETY WITHIN 30 DAYS SHALL ACCRUE
INTEREST ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH
TOGETHER WITH ATTORNEYS' FEES AND COSTS FOR COLLECTION.
**** STORAGE FEES ARE $30.00 PER DAY AFTER COMPLETION OF REPAIRS*****

UCJS02004

בס"ד

# EXHIBIT F

CUSTOMER #: 169218

**713265**

ACCOUNTING

**TOWN AND COUNTRY FORD, INC.**
5401 East Independence Boulevard
CHARLOTTE, NORTH CAROLINA 28212
PHONE: (704) 536-5600

JUSTIN FREDERICKSEN

PAGE 1

DIRECT LINES
532-3273  532-3274
532-3275  532-3277
532-3272

SERVICE APPOINTMENTS
532-7600  532-3245

HOME:                CONT
BUS:                 CELL:

SERVICE ADVISOR: 4547 MICHAEL MCPHEARSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| | 16 | FORD F-150 | 1FTEW1EP3GKF54339 | 97F217 | 45570/45585 | TM85 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 05AUG18 I8 | | | | | | | |
| 05AUG18 DD | | | WAIT 08AUG18 | | | CASH | 27AUG18 |

| R.O. OPENED | READY | OPTIONS: | | | | | |
|---|---|---|---|---|---|---|---|
| 13:24 06AUG18 | 14:20 27AUG18 | | DLR:F21212 | | | | |

| LINE | OPCODE | TECH | TYPE A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| A CHRISTMAS STATE WRENCH LIGHT COMES ON MISFIRE | | | | | | | | | | |
| CAUSE: 6049 | | | | | | | | | | |
| 172077D RETRIEVE DTCS AND REPLACE LONG BLOCK. | | | | | | | | | | |
| ASSEMBLY. INCLUDES TIME TO PERFORM ROAD | | | | | | | | | | |
| TESTS | | | | | | | | | | |
| | 6412 | W | 0.25 | 0.00 | 0 | 0 | | | 0.00 | 0.00 |
| | 8865 | W | 20.91 | 17.00 | 47600 | 179554 | | | 1795.54 | 1795.54 |
| | | | 21.16 | 17.00 | 47600 | 179554 | ** | | 1795.54 | 1795.54 |
| 1 | FL3Z*6006*F SERVICE | | | | 451442 | 758423 | 0 | 7584.23 | 7584.23 | 7584.23 |
| ENGINE ASY | | | | | | | | | | |
| CORE CHARGE W | | | | | 120000 | 120000 | 0 | 1200.00 | 1200.00 | 1200.00 |
| 2 | 7L1Z*4B496*C BOLT | | | | 550 | 924 | 0 | 4.62 | 4.62 | 9.24 |
| 3 | 7L1Z*4B496*D BOLT | | | | 543 | 912 | 0 | 3.04 | 3.04 | 9.12 |
| 1 | *W520111*S440 NUT | | | | 75 | 126 | 0 | 1.50 | 1.26 | 1.26 |
| 4 | *W520113*S440 NUT | | | | 152 | 256 | 0 | 0.76 | 0.64 | 2.56 |
| 4 | *W520514*S440 NUT – | | | | | | | | | |
| ADJUSTING SCREW | | | | | 1200 | 2016 | 0 | 6.00 | 5.04 | 20.16 |
| 1 | *W713244*S439 BOLT | | | | 225 | 378 | 0 | 4.50 | 3.78 | 3.78 |
| 1 | *W714689*S437 NUT | | | | 75 | 126 | 0 | 1.50 | 1.26 | 1.26 |
| 2 | *W714717*S439 BOLT | | | | 250 | 420 | 0 | 2.50 | 2.10 | 4.20 |
| 1 | *W715211*S439 BOLT | | | | 241 | 405 | 0 | 4.83 | 4.05 | 4.05 |
| 3 | *W716530*S440 NUT AND | | | | | | | | | |
| WASHER ASY – HEX. | | | | | 210 | 354 | 0 | 1.39 | 1.18 | 3.54 |
| 1 | *N808684*S101 BOLT | | | | 300 | 504 | 0 | 6.00 | 5.04 | 5.04 |
| 2 | BL3Z*9229*C KIT – "O" | | | | | | | | | |
| RING | | | | | 12264 | 20604 | 0 | 111.49 | 103.02 | 206.04 |
| 6 | SP*542* SPARK PLUG | | | | 3696 | 6108 | 0 | 11.02 | 10.18 | 61.08 |
| 4 | *W714870*S430 NUT | | | | 500 | 840 | 0 | 2.50 | 2.10 | 8.40 |
| 2 | *W716117*S437 BOLT | | | | 228 | 384 | 0 | 2.28 | 1.92 | 3.84 |
| 1 | *W716383*S437 STUD | | | | 52 | 87 | 0 | 1.03 | 0.87 | 0.87 |
| 1 | BL3Z*6C683*A FILTER ASY | | | | 430 | 722 | 0 | 9.56 | 7.22 | 7.22 |
| 1 | DS7Z*19B596*A KIT – AIR | | | | | | | | | |
| CONDITIONING SYSTEM | | | | | 1368 | 2298 | 0 | 24.87 | 22.98 | 22.98 |
| 2 | FL3Z*5C226*A GASKET | | | | 1028 | 1728 | 0 | 9.35 | 8.64 | 17.28 |

ON BEHALF OF SERVICING DEALER I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE, UNLESS OTHERWISE SHOWN, SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR(1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

STATEMENT OF DISCLAIMER

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER
SIGNATURE  X

**ACCOUNTING COPY**

CUSTOMER #: 169218

**713265**

ACCOUNTING

**TOWN AND COUNTRY FORD, INC.**

JUSTIN FREDERICKSEN

6401 East Independence Boulevard
CHARLOTTE, NORTH CAROLINA 28212
PHONE: (704) 536-5600

PAGE 2

DIRECTLINES
532-3273  532-3274
532-3275  532-3277
532-3272

SERVICEAPPOINTMENTS
532-4500  532-3205

HOME:
BUS:              CONT
CELL:

SERVICE ADVISOR:  4547 MICHAEL MCPHEARSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| | 16 | FORD F-150 | 1FTEW1EP3GKF54339 | 97F217 | 45570/45585 | TM85 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 05AUG18 IS | | | | | | | |
| 05AUG18 DD | | | WAIT 08AUG18 | | | CASH | 27AUG18 |
| R.O. OPENED | | READY | OPTIONS: | DLR:F21212 | | | |

13:24 06AUG18   14:20 27AUG18

| LINE | OPCODE | TECH | TYPE | A/HRS | S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FT4Z*6A340*A BOLT | | | | | 541 | 909 | 0 | 9.09 | 9.09 | 9.09 |
| 1 | FT4Z*9J323*A TUBE ASY | | | | | 1187 | 1994 | 0 | 19.94 | 19.94 | 19.94 |
| 1 | FT4Z*9J323*B TUBE ASY | | | | | 1178 | 1979 | 0 | 19.79 | 19.79 | 19.79 |
| 1 | FT4Z*8507*C GASKET - WATER PUMP | | | | | 255 | 428 | 0 | 4.64 | 4.28 | 4.28 |
| 1 | FT4Z*12A648*B SENDER ASY | | | | | 475 | 798 | 0 | 8.64 | 7.98 | 7.98 |
| 1 | CU7Z*19B508*A SEALANT | | | | | 2434 | 4089 | 0 | 44.25 | 40.89 | 40.89 |
| 1 | PM*4*A BRAKE CLEANER | | | | | 330 | 554 | 0 | 6.00 | 5.54 | 5.54 |
| 1 | TA*24*B ADHESIVE | | | | | 503 | 845 | 0 | 9.15 | 8.45 | 8.45 |
| 1 | YN*12*D OIL - COMPRESSOR - AIR CONDITI | | | | | 1439 | 2418 | 0 | 26.16 | 24.18 | 24.18 |
| 1 | YN*35* OIL - COMPRESSOR - AIR CONDITI | | | | | 4119 | 6920 | 0 | 69.20 | 69.20 | 69.20 |
| 1 | XL*2* LUBRICANT - UNIVERSAL ANTI-SEI | | | | | 215 | 361 | 0 | 3.90 | 3.61 | 3.61 |
| 1 | TA*357* SEALANT - SILICONE | | | | | 2018 | 3390 | 0 | 36.69 | 33.90 | 33.90 |
| 1 | ZC*30*A REMOVER - SILICONE | | | | | 652 | 1095 | 0 | 11.85 | 10.95 | 10.95 |
| 1 | VC*3*B ANTI-FREEZE | | | | | 1676 | 2816 | 0 | 28.16 | 28.16 | 28.16 |
| 10 | XO*5W30*BSP MOTORCRAFT SAE 5W-30 API GF-5 | | | | | 2490 | 3240 | 0 | 3.24 | 3.24 | 32.40 |
| 1 | FT4Z*6731*A FILTER ASY OIL | | | | | 512 | 860 | 0 | 9.31 | 8.60 | 8.60 |
| -1 | FL3Z*6006*F CORE RETURN | | | | | -120000 | -120000 | 0 | 1200.00 | 1200.00 | -1200.00 |
| | 172077E ADDITIONAL TIME FOR PRIOR APPROVAL | | | | | | | | | | |
| | 8865 | | W | 0.30 | 0.30 | 840 | 3169 | | | 31.69 | 31.69 |

FC: E29.42
PART#: 6049
COUNT:                                     494793        830311 TPARTS
CLAIM TYPE:
AUTH CODE:   THGE760401

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE, UNLESS OTHERWISE SHOWN, SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

STATEMENT OF DISCLAIMER

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER
SIGNATURE  X

**ACCOUNTING COPY**

CUSTOMER #: 169218

**713265**

ACCOUNTING

**TOWN AND COUNTRY FORD, INC.**
5401 East Independence Boulevard
CHARLOTTE, NORTH CAROLINA 28212
PHONE: (704) 536-6600

JUSTIN FREDERICKSEN

PAGE 3

DIRECTLINES
532-3273  532-3274
532-3275  532-3277
532-3272

SERVICEAPPOINTMENTS
532-7600  532-3276

HOME: ~~CONT~~
BUS:      CELL:

SERVICE ADVISOR: 4547 MICHAEL MCPHEARSON

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| | 16 | FORD F-150 | | 1FTEW1EP3GKF54339 | 97F217 | 45570/45585 | TM85 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 05AUG18 IS | | | | | | | |
| 05AUG18 DU | | | WAIT 08AUG18 | | | CASH | 27AUG18 |

| R.O. OPENED | READY | OPTIONS: DLR:F21212 |
|---|---|---|
| 13:24 06AUG18 | 14:20 27AUG18 | |

| LINE OPCODE TECH TYPE A/HRS S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|
| 6412 | 48440 | 182723 | TLABOR | | | |

PARTS: 8303.11 LABOR: 1827.23 OTHER: 0.00 TOTAL LINE A: 10130.34
45585 ELECTRONIC ENGINE DIAGNOSIS, P130D, P0305, P0524. RUN OASIS AND
CHECK CUSTOMER FURNISHED HISTORY CYL 5 SPARK PLUG FOULED OIL LEVEL LOW.
REFER TO TSB 17-2077. REQUEST APPROVAL FOR ENGINE REPLACEMENT UNDER TSB
17-2077. PRIOR APPROVAL CODE THGE760401. REPLACE LONG BLOCK ASY AND
TRANSFER PARTS AS REQUIRED. CLEAR DTCS ROAD TEST AND VERIFY REPAIR.
B *Deferred Maintenance IntervalCustomer Has Been Informed That A
      Maintenance Interval Is Now Due
    DMB DEFERRED BASIC

| | 8865 | IPS 0.00 | 0.00 | 0 | 0 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE B: 0.00
C *Complimentary Multipoint Inspection ... a $49.97 Value
    99P 27 POINT INSPECTION

| | 8865 | IPS 0.02 | 0.00 | 0 | 0 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

PARTS: 0.00 LABOR: 0.00 OTHER: 0.00 TOTAL LINE C: 0.00
D** ENTERPRISE RENTAL CAR FORD ASSISTING
CAUSE: Alternate Transportation
    LOAN TCF LOANER

| | 8865 | W 0.00 | 0.00 | 0 | 0 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

FC: PART#: RENTAL COUNT: 0              0 TPARTS
CLAIM TYPE:    P11
AUTH CODE:     MSPA879717
8865                              0              0 TLABOR
MISC LOANER PROVIDED BY ENTERPRISE
    PO#713265

| | W | | | 38500 | 38500 | 385.00 | 385.00 |
|---|---|---|---|---|---|---|---|

PARTS: 0.00 LABOR: 0.00 OTHER: 385.00 TOTAL LINE D: 385.00
45585 FORD ASSISTING IN CUSTOMERS' RENTAL VEHICLE MSPA879717 CAS-
15445146-Q6K2S9

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREONIS ACCURATE, UNLESSOTHERWISESHOWN, SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR(1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

STATEMENT OF DISCLAIMER

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER X

**ACCOUNTING COPY**

CUSTOMER #: 169218

**713265**

ACCOUNTING

**TOWN AND COUNTRY FORD, INC.**
5401 East Independence Boulevard
CHARLOTTE, NORTH CAROLINA 28212
PHONE: (704) 536-6600

JUSTIN FREDERICKSEN

PAGE 4

DIRECT LINES
532-3273   532-3274
532-3276   532-3277
532-3272

SERVICE APPOINTMENTS
535-7600  532-3245

HOME:          CONT:
BUS:           CELL:

SERVICE ADVISOR:  4547 MICHAEL MCPHEARSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 16 | FORD F-150 | 1FTEW1EP3GKE54339 | 97F217 | 45570/45585 | JM85 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 05AUG18 IS | | | WAIT 08AUG18 | | | CASH | 27AUG18 |
| 05AUG18 DB | | | | | | | |

| R.O. OPENED | READY | OPTIONS: | DLR:F21212 |
|---|---|---|---|
| 13:24 06AUG18 | 14:20 27AUG18 | | |

LINE OPCODE TECH TYPE A/HRS S/HRS   COST   SALE  COMP   LIST   NET   TOTAL
EST: 135.52              06AUG18 13:24  SA: 4547

```
          ***************************************************
          ***   THANK YOU FOR YOUR BUSINESS      ***
          ***************************************************
```

| DATE | START | FINISH | DURATION | TYPE | TECH | LINE(S) | CHG |
|---|---|---|---|---|---|---|---|
| 08-09-18 | 07:39 | 10:59 | 3.33 | W | 8865 | A | |
| 08-10-18 | 07:31 | 12:15 | 4.73 | W | 8865 | A | |
| 08-13-18 | 07:56 | 13:41 | 5.75 | W | 8865 | A | |
| 08-15-18 | 07:50 | 14:56 | 7.10 | W | 8865 | A | |
| | 14:56 | 14:56 | 0.00 | W | 8865 | B | |
| | 14:56 | 14:57 | 0.02 | W | 8865 | C | |

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---|---|---|---|---|---|---|---|
| 14420 | 182723 | 48440 | | 14720 | 827071 | 492303 | |
| 14782 | 3240 | 2490 | | 14434 | 0 | 0 | |
| 12200 | 38500 | 38500 | 713265 | 12200 | 1051534 | ******* | |
| 17173 | 0 | ******* | | | | | |

COST, SALE, & COMP TOTALS   581733 1051534   0

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN, SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THIS SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

STATEMENT OF DISCLAIMER

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER'S SIGNATURE  X

**ACCOUNTING COPY**

**CUSTOMER #: 169218**

JUSTIN FREDERICKSEN

**713265**

**INVOICE**

**PAGE 1**

**TOWN AND COUNTRY FORD, INC.**
5401 East Independence Boulevard
CHARLOTTE, NORTH CAROLINA 28212
PHONE: (704) 636-5800

DIRECT LINES
532-3273   532-3274
532-3276   532-3277
532-3272

SERVICE APPOINTMENTS
535-7630   535-3240

HOME: ▓▓▓▓▓▓▓   CONT.▓▓▓▓▓▓▓
BUS: ▓▓▓▓▓▓▓   CELL: ▓▓▓▓▓▓▓

**SERVICE ADVISOR:** 4547 MICHAEL MCPHEARSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| | 16 | FORD F-150 | 1FTEW1EP3GKF54339 | 97F217 | 45570/45585 | TM85 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 05AUG18 IS | | | | | | | |
| 05AUG18 DD | | | WAIT 08AUG18 | | | CASH | 27AUG18 |

R.O. OPENED   READY   OPTIONS:   DLR:F21212

13:24 06AUG18   14:20 27AUG18

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

A CHRISTMAS STATE WRENCH LIGHT COMES ON MISFIRE
CAUSE: 6049

    172077D RETRIEVE DTCS AND REPLACE LONG BLOCK
            ASSEMBLY. INCLUDES TIME TO PERFORM ROAD
            TESTS
            6412      W                                              (N/C)
            8865      W                                              (N/C)
    1 FL3Z*6006*F SERVICE ENGINE ASY                                 (N/C)
    CORE CHARGE W                                                    (N/C)
    2 7L1Z*4B496*C BOLT                                              (N/C)
    3 7L1Z*4B496*D BOLT                                              (N/C)
    1 *W520111*S440 NUT                                              (N/C)
    4 *W520113*S440 NUT                                              (N/C)
    4 *W520514*S440 NUT - ADJUSTING SCREW                            (N/C)
    1 *W713244*S439 BOLT                                             (N/C)
    1 *W714689*S437 NUT                                              (N/C)
    2 *W714717*S439 BOLT                                             (N/C)
    1 *W715211*S439 BOLT                                             (N/C)
    3 *W716530*S440 NUT AND WASHER ASY - HEX.                        (N/C)
    1 *N808684*S101 BOLT                                             (N/C)
    2 BL3Z*9229*C KIT - "O" RING                                    (N/C)
    6 SP*542* SPARK PLUG                                             (N/C)
    4 *W714870*S430 NUT                                              (N/C)
    2 *W716117*S437 BOLT                                             (N/C)
    1 *W716383*S437 STUD                                             (N/C)
    1 BL3Z*6C683*A FILTER ASY                                        (N/C)
    1 DS7Z*19B596*A KIT - AIR CONDITIONING SYSTEM                    (N/C)
    2 FL3Z*5C226*A GASKET                                            (N/C)
    1 FT4Z*6A340*A BOLT                                              (N/C)
    1 FT4Z*9J323*A TUBE ASY                                          (N/C)
    1 FT4Z*9J323*B TUBE ASY                                          (N/C)
    1 FT4Z*8507*C GASKET - WATER PUMP                                (N/C)
    1 FT4Z*12A648*B SENDER ASY                                       (N/C)
    1 CU7Z*19B508*A SEALANT                                          (N/C)

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE, UNLESS OTHERWISE SHOWN, SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

| STATEMENT OF DISCLAIMER | DESCRIPTION | TOTALS |
|---|---|---|
| | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE X | PLEASE PAY THIS AMOUNT | |

**CUSTOMER COPY**

**CUSTOMER #: 169218**

**713265**

**TOWN AND COUNTRY FORD, INC.**

5401 East Independence Boulevard
CHARLOTTE, NORTH CAROLINA 28212
PHONE: (704) 636-6600

**JUSTIN FREDERICKSEN**

**INVOICE**

**PAGE 2**

HOME: ~~CONT~~
BUS:         CELL:

**SERVICE ADVISOR:** 4547 MICHAEL MCPHEARSON

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|--|-----|---------|------------------|-----|
| | 16 | FORD F-150 | | 1FTEW1EP3GKF54339 | 97F217 | 45570/45585 | TM85 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | RO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 05AUG18 IS | | | | | | | |
| 05AUG18 DD | | | WAIT 08AUG18 | | | CASH | 27AUG18 |

| R.O. OPENED | READY | OPTIONS: | DLR:F21212 |
|-------------|-------|----------|------------|
| 13:24 06AUG18 | 14:20 27AUG18 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|
| 1 | PM*4*A | | BRAKE CLEANER | | | | | (N/C) |
| 1 | TA*24*B | | ADHESIVE | | | | | (N/C) |
| 1 | YN*12*D | | OIL - COMPRESSOR - AIR CONDITI | | | | | (N/C) |
| 1 | YN*35* | | OIL - COMPRESSOR - AIR CONDITI | | | | | (N/C) |
| 1 | XL*2* | | LUBRICANT - UNIVERSAL ANTI-SEI | | | | | (N/C) |
| 1 | TA*357* | | SEALANT - SILICONE | | | | | (N/C) |
| 1 | ZC*30*A | | REMOVER - SILICONE | | | | | (N/C) |
| 1 | VC*3*B | | ANTI-FREEZE | | | | | (N/C) |
| 10 | XO*5W30*BSP | | MOTORCRAFT SAE 5W-30 API GF-5 | | | | | (N/C) |
| 1 | FT4Z*6731*A | | FILTER ASY - OIL | | | | | (N/C) |
| -1 | FL3Z*6006*F | | CORE RETURN | | | | | (N/C) |
| 172077E | | | ADDITIONAL TIME FOR PRIOR APPROVAL | | | | | |
| | 8865 | W | | | | | | (N/C) |

FC: E29 42
PART#: 6049
COUNT:
CLAIM TYPE:
AUTH CODE:    THGE760401
6412

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   **TOTAL LINE A:**      0.00
45585 ELECTRONIC ENGINE DIAGNOSIS, P130D,P0305,P0524. RUN OASIS AND
CHECK CUSTOMER FURNISHED HISTORY CYL 5 SPARK PLUG FOULED OIL LEVEL LOW.
REFER TO TSB 17-2077. REQUEST APPROVAL FOR ENGINE REPLACEMENT UNDER TSB
17-2077. PRIOR APPROVAL CODE THGE760401. REPLACE LONG BLOCK ASY AND
TRANSFER PARTS AS REQUIRED. CLEAR DTCS ROAD TEST AND VERIFY REPAIR.
*************************************************************
B *Deferred Maintenance IntervalCustomer Has Been Informed That A
     Maintenance Interval Is Now Due
   DMB DEFERRED BASIC
       8865   IPS
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   **TOTAL LINE B:**      (N/C)      0.00
*************************************************************
C *Complimentary Multipoint Inspection .. a $49.97 Value
   99P 27 POINT INSPECTION

ON BEHALF OF SERVICING DEALER I HEREBY
CERTIFY THAT THE INFORMATION CONTAINED
HEREONIS ACCURATE, UNLESS OTHERWISE SHOWN,
SERVICES DESCRIBED WERE PERFORMED AT NO
CHARGE TO OWNER. THERE WAS NO INDICATION
FROM THE APPEARANCE OF THE VEHICLE OR
OTHERWISE THAT ANY PART REPAIRED OR
REPLACED UNDER THIS CLAIM HAD BEEN
CONNECTED IN ANY WAY WITH ANY ACCIDENT,
NEGLIGENCE OR MISUSE. RECORDS SUPPORTING
THIS CLAIM ARE AVAILABLE FOR(N) YEAR FROM THE
DATE OF PAYMENT NOTIFICATION AT THE
SERVICING DEALER FOR INSPECTION BY
REPRESENTATIVES OF FORD.

| STATEMENT OF DISCLAIMER | DESCRIPTION | TOTALS |
|-------------------------|-------------|--------|
| | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE X | PLEASE PAY THIS AMOUNT | |

**CUSTOMER COPY**

CUSTOMER #: 169218

713265

**TOWN AND COUNTRY FORD, INC.**
5401 East Independence Boulevard
CHARLOTTE, NORTH CAROLINA 28212
PHONE: (704) 538-6800

JUSTIN FREDERICKSEN

INVOICE

PAGE 3

DIRECT LINES
532-3273  532-3274
532-3276  532-3277
532-3272

SERVICE APPOINTMENTS
536-7600  532-3245

HOME:
BUS:                CONT:
CELL:

SERVICE ADVISOR: 4547 MICHAEL MCPHEARSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
|       | 16   | FORD F-150 | 1FTEW1EP3GKF54339 | 97F217 | 45570/45585 | TM85 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 05AUG18 IS | | | WAIT 08AUG18 | | | CASH | 27AUG18 |
| 05AUG18 DD | | | OPTIONS: DLR:F21212 | | | | |

| R.O. OPENED | READY |
|-------------|-------|
| 13:24 06AUG18 | 14:20 27AUG18 |

LINE OPCODE TECH TYPE HOURS

| | | | | | LIST | NET | TOTAL |
|-|-|-|-|-|------|-----|-------|
| | 8865 | IPS | | | | | (N/C) |

PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE C:    0.00
**************************************************
D** ENTERPRISE RENTAL CAR FORD ASSISTING
CAUSE: Alternate Transportation
   LOAN TCF LOANER
        8865      W                                      (N/C)
FC: PART#: RENTAL COUNT:
CLAIM TYPE:    P11
AUTH CODE:    MSPA879717
   8865
MISC LOANER PROVIDED BY ENTERPRISE
        PO#713265
             W
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE D:    0.00   (N/C)
45585 FORD ASSISTING IN CUSTOMERS' RENTAL VEHICLE MSPA879717 CAS-
15445146-Q6K2S9
**************************************************

EST: 135.52        06AUG18 13:24  SA: 4547

**************************************************
*** THANK YOU FOR YOUR BUSINESS ***
**************************************************

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE, UNLESS OTHERWISE SHOWN, SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR(1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THIS SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

STATEMENT OF DISCLAIMER

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER'S SIGNATURE X

**CUSTOMER COPY**

CUSTOMER #: 169218

**713265**

**INVOICE**

PAGE 1

**TOWN AND COUNTRY FORD, INC.**
5401 East Independence Boulevard
CHARLOTTE, NORTH CAROLINA 28212
PHONE: (704) 536-5800

JUSTIN FREDERICKSEN

DIRECT LINES
533-3273   532-3274
532-3276   532-3277
533-3272

SERVICE APPOINTMENTS
536-7600   532-5240

HOME:                CONT:
BUS:
CELL:

**SERVICE ADVISOR:** 4547 MICHAEL MCPHEARSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
|       | 16   | FORD F-150 | 1FTEW1EP3GKF54339 | 97F217 | 45570/45585 | TM85 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|-----------|----------|--------|------|---------|-----------|
| 05AUG18 IS |          |           | WAIT 08AUG18 |    |      | CASH    | 27AUG18 |
| 05AUG18 DU |          |           |          |        |      |         |         |

| R.O. OPENED | READY | OPTIONS: | DLR:F21212 |
|-------------|-------|----------|------------|
| 13:24 06AUG18 | 14:20 27AUG18 | | |

| LINE OPCODE TECH TYPE HOURS | | LIST | NET | TOTAL |
|------------------------------|---|------|-----|-------|

A CHRISTMAS STATE WRENCH LIGHT COMES ON MISFIRE
CAUSE: 6049

     172077D RETRIEVE DTCS AND REPLACE LONG BLOCK
         ASSEMBLY. INCLUDES TIME TO PERFORM ROAD
         TESTS

|   |   |   | | | |
|---|---|---|--|--|--|
| | 6412 | W | | | (N/C) |
| | 8865 | W | | | (N/C) |
| 1 | FL3Z*6006*F SERVICE ENGINE ASY | | | | (N/C) |
| | CORE CHARGE W | | | | (N/C) |
| 2 | 7L1Z*4B496*C BOLT | | | | (N/C) |
| 3 | 7L1Z*4B496*D BOLT | | | | (N/C) |
| 1 | *W520111*S440 NUT | | | | (N/C) |
| 4 | *W520113*S440 NUT | | | | (N/C) |
| 4 | *W520514*S440 NUT - ADJUSTING SCREW | | | | (N/C) |
| 1 | *W713244*S439 BOLT | | | | (N/C) |
| 1 | *W714689*S437 NUT | | | | (N/C) |
| 2 | *W714717*S439 BOLT | | | | (N/C) |
| 1 | *W715211*S439 BOLT | | | | (N/C) |
| 3 | *W716530*S440 NUT AND WASHER ASY - HEX. | | | | (N/C) |
| 1 | *N808684*S101 BOLT | | | | (N/C) |
| 2 | BL3Z*9229*C KIT - "O" RING | | | | (N/C) |
| 6 | SP*542* SPARK PLUG | | | | (N/C) |
| 4 | *W714870*S430 NUT | | | | (N/C) |
| 2 | *W716117*S437 BOLT | | | | (N/C) |
| 1 | *W716383*S437 STUD | | | | (N/C) |
| 1 | BL3Z*6C683*A FILTER ASY | | | | (N/C) |
| 1 | DS7Z*19B596*A KIT - AIR CONDITIONING SYSTEM | | | | (N/C) |
| 2 | FL3Z*5C226*A GASKET | | | | (N/C) |
| 1 | FT4Z*6A340*A BOLT | | | | (N/C) |
| 1 | FT4Z*9J323*A TUBE ASY | | | | (N/C) |
| 1 | FT4Z*9J323*B TUBE ASY | | | | (N/C) |
| 1 | FT4Z*8507*C GASKET - WATER PUMP | | | | (N/C) |
| 1 | FT4Z*12A648*B SENDER ASY | | | | (N/C) |
| 1 | CU7Z*19B508*A SEALANT | | | | (N/C) |

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS ACCURATE, UNLESS OTHERWISE SHOWN SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR(1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

**STATEMENT OF DISCLAIMER**

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| MISC. CHARGES | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER
SIGNATURE X

**FILE COPY**

CUSTOMER #: 169218

**713265**

**TOWN AND COUNTRY FORD, INC.**

INVOICE

5401 East Independence Boulevard
CHARLOTTE, NORTH CAROLINA 28212
PHONE: (704) 536-6800

JUSTIN FREDERICKSEN

PAGE 2

DIRECT LINES
532-3278   532-3274
533-3278   533-3277
533-8272

SERVICE/APPOINTMENTS
535-7920   533-3245

| HOME: | CONT: | | | | | |
|---|---|---|---|---|---|---|
| BUS: | CELL: | | SERVICE ADVISOR: | 4547 MICHAEL MCPHEARSON | | |

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| | 16 | FORD F-150 | | 1FTEW1EP3GKF54339 | 97F217 | 45570/45585 | TM85 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 05AUG18 IS | | | WAIT 08AUG18 | | | CASH | 27AUG18 |
| 05AUG18 DD | | | | DLR: F21212 | | | |

| R.O. OPENED | | READY | OPTIONS: | | | | |
|---|---|---|---|---|---|---|---|
| 13:24 06AUG18 | 14:20 27AUG18 | | | | | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | PM*4*A | | | BRAKE CLEANER | | | | (N/C) |
| 1 | TA*24*B | | | ADHESIVE | | | | (N/C) |
| 1 | YN*12*D | | | OIL - COMPRESSOR - AIR CONDITI | | | | (N/C) |
| 1 | YN*35* | | | OIL - COMPRESSOR - AIR CONDITI | | | | (N/C) |
| 1 | XL*2* | | | LUBRICANT - UNIVERSAL ANTI-SEI | | | | (N/C) |
| 1 | TA*357* | | | SEALANT - SILICONE | | | | (N/C) |
| 1 | ZC*30*A | | | REMOVER - SILICONE | | | | (N/C) |
| 1 | VC*3*B | | | ANTI-FREEZE | | | | (N/C) |
| 10 | XO*5W30*BSP | | | MOTORCRAFT SAE 5W-30 API GF-5 | | | | (N/C) |
| 1 | FT42*6731*A | | | FILTER ASY - OIL | | | | (N/C) |
| -1 | FL3Z*6006*F | | | CORE RETURN | | | | (N/C) |

172077E ADDITIONAL TIME FOR PRIOR APPROVAL.
    8865    W
FC: E29 42
PART#: 6049
COUNT:
CLAIM TYPE:
AUTH CODE:    THGE760401
    6412

| PARTS: | 0.00 | LABOR: | 0.00 | OTHER: | 0.00 | TOTAL LINE A: | 0.00 |
|---|---|---|---|---|---|---|---|

45585 ELECTRONIC ENGINE DIAGNOSIS, P130D,P0305,P0524. RUN OASIS AND
CHECK CUSTOMER FURNISHED HISTORY. CYL 5 SPARK PLUG FOULED OIL LEVEL LOW.
REFER TO TSB 17-2077. REQUEST APPROVAL FOR ENGINE REPLACEMENT UNDER TSB
17-2077. PRIOR APPROVAL CODE THGE760401. REPLACE LONG BLOCK ASY AND
TRANSFER PARTS AS REQUIRED. CLEAR DTCS ROAD TEST AND VERIFY REPAIR.
*****************************************************
B *Deferred Maintenance IntervalCustomer Has Been Informed That A
    Maintenance Interval Is Now Due
  DMB DEFERRED BASIC
    8865    IPS                      (N/C)

| PARTS: | 0.00 | LABOR: | 0.00 | OTHER: | 0.00 | TOTAL LINE B: | 0.00 |
|---|---|---|---|---|---|---|---|

*****************************************************
C *Complimentary Multipoint Inspection ... a $49.97 Value
  99P 27 POINT INSPECTION

ON BEHALF OF SERVICING DEALER, I HEREBY
CERTIFY THAT THE INFORMATION CONTAINED
HEREONIS ACCURATE, UNLESS OTHERWISE SHOWN,
SERVICES DESCRIBED WERE PERFORMED AT NO
CHARGE TO OWNER. THERE WAS NO INDICATION
FROM THE APPEARANCE OF THE VEHICLE OR
OTHERWISE THAT ANY PART REPAIRED OR
REPLACED UNDER THIS CLAIM HAD BEEN
CONNECTED IN ANY WAY WITH ANY ACCIDENT,
NEGLIGENCE OR MISUSE. RECORDS SUPPORTING
THIS CLAIM ARE AVAILABLE FOR(1) YEAR FROM THE
DATE OF PAYMENT NOTIFICATION AT THE
SERVICING DEALER FOR INSPECTION BY
REPRESENTATIVES OF FORD.

STATEMENT OF DISCLAIMER

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER
SIGNATURE X

**FILE COPY**

CUSTOMER #: 169218

**713265**

**TOWN AND COUNTRY FORD, INC.**
5401 East Independence Boulevard
CHARLOTTE, NORTH CAROLINA 28212
PHONE: (704) 536-5800

JUSTIN FREDERICKSEN

**INVOICE**

**PAGE 3**

DIRECT LINES
532-3273  532-3274
532-3276  532-3277
532-3272

SERVICE APPOINTMENTS
532-7555  532-5545

HOME:                    CONT:
BUS:                     CELL:

**SERVICE ADVISOR:** 4547 MICHAEL MCPHEARSON

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|---|
| | 16 | FORD F-150 | | 1FTEW1EP3GKF54339 | 97F217 | 45570/45585 | TM85 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 05AUG18 IS | | | | | | | |
| 05AUG18 DD | | | WAIT 08AUG18 | | | CASH | 27AUG18 |

R.O. OPENED | READY | OPTIONS: | DLR:F21212

13:24 06AUG18 | 14:20 27AUG18

LINE OPCODE TECH TYPE HOURS

| | | | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|
| | 8865 | IPS | | | | | (N/C) |
| PARTS: | 0.00 | LABOR: | 0.00 | OTHER: | 0.00 | TOTAL LINE C: | 0.00 |

*************************************************

D** ENTERPRISE RENTAL CAR FORD ASSISTING
CAUSE: Alternate Transportation
    LOAN TCF LOANER
        8865     W                                              (N/C)
FC: PART#: RENTAL COUNT:
CLAIM TYPE: P11
AUTH CODE: MSPA879717
8865
MISC LOANER PROVIDED BY ENTERPRISE
    PO#713265
            W
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE D:    (N/C)
                                                                 0.00
45585 FORD ASSISTING IN CUSTOMERS' RENTAL VEHICLE MSPA879717 CAS-
15445146-Q6K2S9

*********************************************************

EST: 135.52          06AUG18 13:24  SA: 4547

*********************************************************
***    THANK YOU FOR YOUR BUSINESS          ***
*********************************************************

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE, UNLESS OTHERWISE PROVIDED, SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

STATEMENT OF DISCLAIMER

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER SIGNATURE: X

**FILE COPY**

CUSTOMER #: 169218

713265

**TOWN AND COUNTRY FORD, INC.**
5401 East Independence Boulevard
CHARLOTTE, NORTH CAROLINA 28212
PHONE: (704) 538-5600

JUSTIN FREDERICKSEN

INTERNAL

PAGE 1

DIRECTLINES
532-3273   539-3274
532-3275   532-3277
532-3272

SERVICEAPPOINTMENTS
532-7600  532-3245

HOME:  CONT
BUS:  CELL:

SERVICE ADVISOR:  4547 MICHAEL MCPHEARSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| | 16 | FORD F-150 | 1FTEW1EP3GKF54339 | 97F217 | 45570/45585 | TM85 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 05AUG18 IS | | | WAIT 08AUG18 | | | CASH | 27AUG18 |
| 05AUG18 DD | | | | | | | |

| R.O. OPENED | READY | OPTIONS: DLR:F21212 |
|---|---|---|
| 13:24 06AUG18 | 14:20 27AUG18 | |

LINE OPCODE TECH TYPE HOURS                                    LIST    NET    TOTAL

B *Deferred Maintenance IntervalCustomer Has Been Informed That A
  Maintenance Interval Is Now Due
  DMB DEFERRED BASIC
     8865  IPS  0.00                                           0.00    0.00
     ***************************************************
C *Complimentary Multipoint Inspection ... a $49.97 Value
  99P 27 POINT INSPECTION
     8865  IPS  0.00                                           0.00    0.00
     ***************************************************

EST: 135.52          06AUG18 13:24  SA: 4547

                    ***************************************************
                    ***   THANK YOU FOR YOUR BUSINESS        ***
                    ***************************************************

COST, SALE, & COMP TOTALS        0        0        0

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREOINIS ACCURATE, UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR(1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

STATEMENT OF DISCLAIMER

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER
SIGNATURE X

**INTERNAL COPY**

CUSTOMER #: 169218

713265

WARRANTY

PAGE 1

**TOWN AND COUNTRY FORD, INC.**
5401 East Independence Boulevard
CHARLOTTE, NORTH CAROLINA 28212
PHONE: (704) 536-6600

JUSTIN FREDERICKSEN

DIRECT LINES
532-3275  532-3274
532-3276  532-3277
532-3272

SERVICE APPOINTMENTS
535-7500  532-3268

HOME:                    CONT:
BUS:          CELL:

SERVICE ADVISOR: 4547 MICHAEL MCPHEARSON

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| | 16 | FORD F-150 | | 1FTEW1EP3GKF54339 | 97F217 | 45570/45585 | TM85 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 05AUG18 IS | | | | | | | |
| 05AUG18 DD | | | WAIT 08AUG18 | | | CASH | 27AUG18 |
| R.O. OPENED | | READY | OPTIONS: | DLR:F21212 | | | |

13:24 06AUG18  14:20 27AUG18

| LINE OPCODE TECH TYPE HOURS | | | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|

A CHRISTMAS STATE WRENCH LIGHT COMES ON MISFIRE
CAUSE: 6049

132077D RETRIEVE DTCS AND REPLACE LONG BLOCK
ASSEMBLY. INCLUDES TIME TO PERFORM ROAD
TESTS

| | 6412 | W | 0.00 | | | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|
| | 8865 | W | 17.00 | | | 1795.54 | 1795.54 |
| | | | 17.00 | | | 1795.54 | 1795.54 |
| 1 | FL3Z*6006*F SERVICE ENGINE ASY | | | | 7584.23 | 7584.23 | 7584.23 |
| | CORE CHARGE W | | | | | 1200.00 | 1200.00 |
| 2 | 7L1Z*4B496*C BOLT | | | | 4.62 | 4.62 | 9.24 |
| 3 | 7L1Z*4B496*D BOLT | | | | 3.04 | 3.04 | 9.12 |
| 1 | *W520111*S440 NUT | | | | 1.50 | 1.26 | 1.26 |
| 4 | *W520113*S440 NUT | | | | 0.76 | 0.64 | 2.56 |
| 4 | *W520514*S440 NUT - ADJUSTING SCREW | | | | 6.00 | 5.04 | 20.16 |
| 1 | *W713244*S439 BOLT | | | | 4.50 | 3.78 | 3.78 |
| 1 | *W714689*S437 NUT | | | | 1.50 | 1.26 | 1.26 |
| 2 | *W714717*S439 BOLT | | | | 2.50 | 2.10 | 4.20 |
| 1 | *W715211*S439 BOLT | | | | 4.83 | 4.05 | 4.05 |
| 3 | *W716530*S440 NUT AND WASHER ASY - HEX. | | | | 1.39 | 1.18 | 3.54 |
| 1 | *N808684*S101 BOLT | | | | 6.00 | 5.04 | 5.04 |
| 2 | BL3Z*9229*C KIT - "O" RING | | | | 111.49 | 103.02 | 206.04 |
| 6 | SP*542*T SPARK PLUG | | | | 11.02 | 10.18 | 61.08 |
| 4 | *W714870*S430 NUT | | | | 2.50 | 2.10 | 8.40 |
| 2 | *W716117*S437 BOLT | | | | 2.28 | 1.92 | 3.84 |
| 1 | *W716383*S437 STUD | | | | 1.03 | 0.87 | 0.87 |
| 1 | BL3Z*6C683*A FILTER ASY | | | | 9.56 | 7.22 | 7.22 |
| 1 | DS7Z*19B596*A KIT - AIR CONDITIONING SYSTEM | | | | 24.87 | 22.98 | 22.98 |
| 2 | FL3Z*5C226*A GASKET | | | | 9.35 | 8.64 | 17.28 |
| 1 | FT4Z*6A340*A BOLT | | | | 9.09 | 9.09 | 9.09 |
| 1 | FT4Z*9J323*A TUBE ASY | | | | 19.94 | 19.94 | 19.94 |
| 1 | FT4Z*9J323*B TUBE ASY | | | | 19.79 | 19.79 | 19.79 |
| 1 | FT4Z*8507*C GASKET - WATER PUMP | | | | 4.64 | 4.28 | 4.28 |
| 1 | FT4Z*12A648*B SENDER ASY | | | | 8.64 | 7.98 | 7.98 |

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE, UNLESS OTHERWISE SHOWN SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR(1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

| STATEMENT OF DISCLAIMER | DESCRIPTION | TOTALS |
|---|---|---|
| | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE X | PLEASE PAY THIS AMOUNT | |

**WARRANTY COPY**

CUSTOMER #: 169218

**713265**

**TOWN AND COUNTRY FORD, INC.**
6401 East Independence Boulevard
CHARLOTTE, NORTH CAROLINA 28212
PHONE: (704) 536-5800

WARRANTY

JUSTIN FREDERICKSEN

PAGE 2

DIRECT LINES
532-3278   532-3274
532-3275   532-3277
532-3272

SERVICE APPOINTMENTS
532-4900   532-3210

HOME:
BUS:                    CONT:
CELL:                   SERVICE ADVISOR: 4547 MICHAEL MCPHEARSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|-----------|-----|---------|----------------|-----|
|  | 16 | FORD F-150 | 1FTEW1EP3GKF54339 | 97F217 | 45570/45585 | TM85 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|-----------|----------|--------|------|---------|-----------|
| 05AUG18 IS | | | | | | | |
| 05AUG18 DD | | | WAIT 08AUG18 | | | CASH | 27AUG18 |
| R.O. OPENED | | READY | OPTIONS: DLR:F21212 | | | | |

13:24 06AUG18  14:20 27AUG18

LINE OPCODE TECH TYPE HOURS

| | | LIST | NET | TOTAL |
|---|---|------|-----|-------|
| 1 CU7Z*19B508*A SEALANT | | 44.25 | 40.89 | 40.89 |
| 1 PM*4*A BRAKE CLEANER | | 6.00 | 5.54 | 5.54 |
| 1 TA*24*B ADHESIVE | | 9.15 | 8.45 | 8.45 |
| 1 YN*12*D OIL - COMPRESSOR - AIR CONDITI | | 26.16 | 24.18 | 24.18 |
| 1 YN*35* OIL - COMPRESSOR - AIR CONDITI | | 69.20 | 69.20 | 69.20 |
| 1 XL*2* LUBRICANT - UNIVERSAL ANTI-SEI | | 3.90 | 3.61 | 3.61 |
| 1 TA*357* SEALANT - SILICONE | | 36.69 | 33.90 | 33.90 |
| 1 ZC*30*A REMOVER - SILICONE | | 11.85 | 10.95 | 10.95 |
| 1 VC*3*B ANTI-FREEZE | | 28.16 | 28.16 | 28.16 |
| 10 XO*5W30*BSP MOTORCRAFT SAE 5W-30 API GF-5 | | 3.24 | 3.24 | 32.40 |
| 1 FT4Z*6731*A FILTER ASY - OIL | | 9.31 | 8.60 | 8.60 |
| -1 FL3Z*6006*F CORE RETURN | | 1200.00 | 1200.00 | -1200.00 |

172077E ADDITIONAL TIME FOR PRIOR APPROVAL
     8865       W  0.30

| | | | | |
|---|---|---|---|---|
| FC: E29 42 | | | | 31.69 | 31.69 |
| PART#: 6049 | | | | | |
| COUNT: | | 494793 | 830311 TPARTS | |
| CLAIM TYPE: | | | | |
| AUTH CODE:   THGE760401 | | | | |
| 6412 | | 48440 | 182723 TLABOR | |

TECH:   6412 ACTUAL HRS.:   0.25   SOLD HRS.:   0.00
TECH:   8865 ACTUAL HRS.:  21.21   SOLD HRS.:  17.3

45585 ELECTRONIC ENGINE DIAGNOSIS, P130D, P0305, P0524. RUN OASIS AND
CHECK CUSTOMER FURNISHED HISTORY CYL 5 SPARK PLUG FOULED OIL LEVEL LOW.
REFER TO TSB 17-2077. REQUEST APPROVAL FOR ENGINE REPLACEMENT UNDER TSB
17-2077. PRIOR APPROVAL CODE THGE760401. REPLACE LONG BLOCK ASY AND
TRANSFER PARTS AS REQUIRED. CLEAR DTCS ROAD TEST AND VERIFY REPAIR.
     ********************************************************
D** ENTERPRISE RENTAL CAR FORD ASSISTING.
CAUSE: Alternate Transportation
     LOAN TCF LOANER
         8865       W  0.00

| | | | | 0.00 | 0.00 |
|---|---|---|---|------|------|

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO REDUCTION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

STATEMENT OF DISCLAIMER

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER'S SIGNATURE X

**WARRANTY COPY**

CUSTOMER #: 169218

713265

**TOWN AND COUNTRY FORD, INC.**

JUSTIN FREDERICKSEN

WARRANTY

5401 East Independence Boulevard
CHARLOTTE, NORTH CAROLINA 28212
PHONE: (704) 536-5600

PAGE 3

DIRECTLINES
532-3275  532-3274
532-3276  532-3277
532-3272

SERVICE APPOINTMENTS
536-7600  NSX2216

HOME:                   CONT
BUS:                    CELL:

SERVICE ADVISOR:  4547 MICHAEL MCPHEARSON

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | | TAG |
|---|---|---|---|---|---|---|---|---|
| | 16 | FORD F-150 | | 1FTEW1EP3GKF54339 | 97F217 | 45570/45585 | | TM85 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 05AUG18 IS | | | | | | | |
| 05AUG18 DD | | | WAIT 08AUG18 | | | CASH | 27AUG18 |

| R.O. OPENED | | READY | OPTIONS: | DLR:F21212 | | | |
|---|---|---|---|---|---|---|---|
| 13:24 06AUG18 | 14:20 27AUG18 | | | | | | |

LINE OPCODE TECH TYPE HOURS

| | | | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|
| FC: PART#: RENTAL COUNT: | | | 0 | 0 TPARTS | | | |
| CLAIM TYPE:    P11 | | | | | | | |
| AUTH CODE:    MSPA879717 | | | | | | | |
| 8865 | | | 0 | 0 TLABOR | | | |

MISC LOANER PROVIDED BY ENTERPRISE
PO#713265

W                                                            385.00     385.00

TECH:    8865 ACTUAL HRS.:   0.00    SOLD HRS.:    0.00

45585 FORD ASSISTING IN CUSTOMERS' RENTAL VEHICLE MSPA879717 CAS-
15445146-Q6K2S9
*****************************************************

EST: 135.52          06AUG18 13:24   SA: 4547

*****************************************
***   THANK YOU FOR YOUR BUSINESS   ***
*****************************************

TECH:    6412 ACTUAL HRS.:   0.25    SOLD HRS.:    0
TECH:    8865 ACTUAL HRS.:  21.21    SOLD HRS.:   17.3

| DATE | START | FINISH | DURATION | TYPE | TECH | LINE(S) | CHG |
|---|---|---|---|---|---|---|---|
| 08-09-18 | 07:39 | 10:59 | 3.33 | W | 8865 | A | |
| 08-10-18 | 07:31 | 12:15 | 4.73 | W | 8865 | A | |
| 08-13-18 | 07:56 | 13:41 | 5.75 | W | 8865 | A | |
| 08-15-18 | 07:50 | 14:56 | 7.10 | W | 8865 | A | |
| | 14:56 | 14:56 | 0.00 | W | 8865 | B | |
| | 14:56 | 14:57 | 0.02 | W | 8865 | C | |

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE, UNLESS OTHERWISE SHOWN, SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

STATEMENT OF DISCLAIMER

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER
SIGNATURE X

**WARRANTY COPY**

CUSTOMER #: 169218

JUSTIN FREDERICKSEN

**713265**

WARRANTY

PAGE 4

**TOWN AND COUNTRY FORD, INC.**
5401 East Independence Boulevard
CHARLOTTE, NORTH CAROLINA 28212
PHONE: (704) 536-6800

DIRECT LINES
532-3273   532-3274
532-3276   532-3277
536-8272

SERVICE APPOINTMENTS
536-7600   536-2345

HOME: ▓▓▓▓▓▓▓   CONT: ▓▓▓▓▓▓▓
BUS:   CELL:

SERVICE ADVISOR: 4547 MICHAEL MCPHEARSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
|  | 16 | FORD F-150 | 1FTEW1EP3GKF54339 | 97F217 | 45570/45585 | TM85 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 05AUG18 IS | | | | | | | |
| 05AUG18 DD | | | WAIT 08AUG18 | | | CASH | 27AUG18 |
| R.O. OPENED | READY | | OPTIONS: | DLR:F21212 | | | |

13:24 06AUG18 | 14:20 27AUG18

LINE OPCODE TECH TYPE HOURS

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | LIST COST | NET | TOTAL CONTROL |
|---------|------|------|---------|---------|------|-----------|-----|---------------|
| 14420 | 182723 | 48440 | | 14720 | 827071 | 492303 | | |
| 14782 | 3240 | 2490 | | 12200 | 38500 | 38500 | | |
| 12200 | 1051534 | ******* | | | | | | 713265 |

COST, SALE, & COMP TOTALS   581733 1051534      0

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE, UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY REPRESENTATIVES OF FORD.

STATEMENT OF DISCLAIMER

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 1827.23 |
| PARTS AMOUNT | 8303.11 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 385.00 |
| TOTAL CHARGES | 10515.34 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 10515.34 |

CUSTOMER SIGNATURE X

**WARRANTY COPY**

בס"ד

# EXHIBIT G

CUSTOMER #: 36279

J FREDERICKSEN

312878

WORKORDER

PAGE 2

**BUTLER FORD**
2831 N Columbia Street
Milledgeville, Georgia 31061
(478) 453-9901

HOME:
JOB:

CONT:
CELL:

# & SERVICE ADVISOR: 610085 FREEMAN, MARK

| | 16 | FORD F-150 | 1FT1W1P3GKF54339 | | 53915/ | 73265 |

| 13DEC18 16 | | | | | | CASH |
| 13DEC18 DU | | 18:00 13DEC18 | OPTIONS: ENG:2.7 Liter | | | |

13DEC2018 09:43

LINE OP CODE    TECH...    TYPE    DESCRIPTIONS/INSTRUCTIONS

RESTART. CRANKED IN AN LOW FUEL LIGHT ON, WRENCH

# B  99P                      C    PERFORM VEHICLE INSPECTION

DRIVING

REWORK

I hereby authorize the repair work herein set forth to be done by you, together with the furnishing by you of the necessary parts and other material for such repair, and agree that you are not responsible for any delays caused by the unavailability or delayed availability of parts or material for any reason that you neither assume or authorize any other person to assume for you; any liability in connection with such repair; that you shall not be responsible for loss or damage to the above vehicle, or articles left therein; in case of fire, theft or other cause beyond your control; that an express mechanic's lien is hereby acknowledged on the above vehicle to secure the amount of repairs thereto; that your employees may operate the above vehicle on streets, highways or elsewhere for the purpose of testing and/or inspecting such vehicle.

PRELIMINARY ESTIMATE $

AUTHORIZED BY  X

| | DATE | TIME | BY |
|---|---|---|---|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF THE ABOVE REVISED ESTIMATES:

X

X

**TECHNICIAN COPY**

# WARRANTY HISTORY

Page 1 of 1

Detailed Vehicle Specification

| VIN | 1FTEW1EP3GKF84339 | | | | |
|---|---|---|---|---|---|
| Vehicle Line | T/FC | Market Derived Code | F | | |
| Body Cab | T/BC | Ver. Series | T/AM | | |
| Drive Type | T/E | | | | |
| PLT CD | AJ | TRS CD | T/C3 | ENG CD | TMQ |
| Production Date | 29-AUG-16 | Warranty Start Date | 25-NOV-16 | | |
| Selling Dealer | 17220B | Selling Country | USA | | |

| AWS Claim Key | Trx Code | Time In Service | Labor Hours | Dealership | DIST (Miles) | Repair Date | Prefix | Base | Suffix | Doc |
|---|---|---|---|---|---|---|---|---|---|---|
| Details 10809493 | SPW | 20 | .7 | JONES-WEST FORD | 41045 | 27-JUN-18 | * | 12405 | * | 860578A |

| Customer Comments | CUSTOMER STATES CHECK ENGINE LIGHT CAME ON AND HAS A CYL 2 MISFIRE DETECTED, STATES ALL 8 PLUGS WERE JUST CHANGED AT TOOELE FORD IN UTAH C/A (888-525-0136) |
|---|---|
| Tech Comments | #5 CYLINDER MISFIRE, SPARK PLUG HAD BROKEN ELECTRODE. WARRANTY REPLACE SPARK PLUG. RECHECKED, NO MISFIRES NOTED. (THIS IS THE |

| Details 11549484 | E25 | 21 | 17.3 | TOWN & COUNTRY FORD, INC. | 45570 | 08-AUG-18 | * | 6049 | * | 713286A |

| Customer Comments | CHRISTMAS STATE WRENCH LIGHT COMES ON MISFIRE |
|---|---|
| Tech Comments | ELECTRONIC ENGINE DIAGNOSIS, P130D,P0305,P0524. RUN OASIS AND CHECK CUSTOMER FURNISHED HISTORY CYL 5 SPARK PLUG FOULED OIL LEVEL LOW. REFER TO TSB 17-2077. REQUEST APPROVAL FOR ENGINE REPLACEMENT UNDER TSB 17-2077. PRIOR APPROVAL CODE THGE760401. REPLACE LONG BLOCK ASY AND TRANSFER PARTS AS REQUIRED. CLEAR DTCS ROAD TEST AND VERIFY REPAIR. |

| Details 11468381 | P11 | 21 | 0 | TOWN & COUNTRY FORD, INC. | 45570 | 08-AUG-18 | * | RENTAL | * | 713285D |

| Customer Comments | ENTERPRISE RENTAL CAR FORD ASSISTIN G |
|---|---|
| Tech Comments | FORD ASSISTING IN CUSTOMERS' RENTAL VEHICLE MSPA879717 CAS- 15445148-Q6K2S9 |

Town & Country Ford
5401 East Independence Blvd
Charlotte, NC 28212

# Multi-Point Inspection Checklist

| Repair Order # | Customer Information | | | Vehicle Information | | | |
|---|---|---|---|---|---|---|---|
| 713265 | Name | Phone Number | Today's Date | Year | Make | Model | Mileage |
| | Justin Frederiksen | | 08/16/2018 | 2016 | FORD | F150 | 45570 |
| | Email Address | | | VIN | | State Inspection Due | |
| | | | | 1FTEW1EP3GKF54839 | | | |

**Legend**

● Passed Inspection   ☒ May Require Attention   ▲ Requires Attention   NI = Not Inspected   NA = Not Applicable   ✦ = See Comments

## Check the Following Systems or Components

| Lights/Horn/Blades | | | | |
|---|---|---|---|---|
| Lights: Interior & Exterior, Turn Signals, Hazard, Brake | | ● | ☒ | ▲ |
| Horn Operation | | ● | ☒ | ▲ |
| Front Wiper Blades | | ● | ☒ | ▲ |
| Rear Wiper Blades | | ● | ☒ | ▲ |
| **Fluids** | Fill? | | | |
| Window Washer Reservoir | | ● | ☒ | ▲ |
| Coolant Reservoir | | ● | ☒ | ▲ |
| Coolant Protection (Good to ____ °F) | | ● | ☒ | ▲ |
| Engine Oil | | ● | ☒ | ▲ |
| Power Steering Reservoir | | ● | ☒ | ▲ |
| Battery (if not maintenance free) | | ● | ☒ | ▲ |
| Transmission Fluid | | ● | ☒ | ▲ |
| Brake Fluid Reservoir | | ● | ☒ | ▲ |
| **Filters** | | | | |
| Engine Air Filter | | ● | ☒ | ▲ |
| Fuel Filter | | ● | ☒ | ▲ |
| Cabin Air Filter | | ● | ☒ | ▲ |

| Battery | | | |
|---|---|---|---|
| Battery Condition | ● | ☒ | ▲ |
| Battery Cables and Connections | ● | ☒ | ▲ |
| Factory Spec Cold Cranking Amps _____ amps | | | |
| Actual Cold Cranking Amps _____ amps | ● | ☒ | ▲ |
| **Inspect for Visual Leaks** | | | |
| Fuel System and Gas Cap Sealing | ● | ☒ | ▲ |
| Engine, Transmission, Transfer Case, and Brakes | ● | ☒ | ▲ |
| Engine Cooling System | ● | ☒ | ▲ |
| Shocks and Struts – leaks and operation | ● | ☒ | ▲ |
| **Inspect for Visual Condition** | | | |
| Belts (Engine, A/C, Accessory, and other) | ● | ☒ | ▲ |
| Air Conditioning Temperature _____ °F | ● | ☒ | ▲ |
| Exhaust System Components | ● | ☒ | ▲ |
| Hoses (Radiator, Power Steering, Heater, and A/C) | ● | ☒ | ▲ |
| Steering Components and Linkage | ● | ☒ | ▲ |
| Driveshaft, Drive Axle Boots, and U-Joints | ● | ☒ | ▲ |

## Tire / Brake Wear



**Left Front**

● ☒ ▲ | Tire Tread Depth ____ /32"
The Wear
The Pressure @ ____ Set to ____
● ☒ ▲ | Brake Lining ____ /mm ____ /32"

**Left Rear**

● ☒ ▲ | Tire Tread Depth ____ /32"
The Wear
The Pressure @ ____ Set to ____
● ☒ ▲ | Brake Lining ____ mm ____ /32"

**Right Front**

● ☒ ▲ | Tire Tread Depth ____ /32"
The Wear
The Pressure @ ____ Set to ____
● ☒ ▲ | Brake Lining ____ mm ____ /32"

**Right Rear**

● ☒ ▲ | Tire Tread Depth ____ /32"
The Wear
The Pressure @ ____ Set to ____
● ☒ ▲ | Brake Lining ____ mm ____ /32"

| Tire Wear Indicates | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Alignment Needed | ● | ☒ | ▲ | Tire Rotation Needed | ● | ☒ | ▲ | Wheel Balance Needed ● ☒ ▲ |

**Comments:**

Michael McPhearson

Kevin Underwood

Service Advisor          Technician          Customer Signature

© 2016 CDK Global LLC. All rights reserved.

●●● CDKGlobal

בס"ד

# EXHIBIT H

CUSTOMER #: 36279

J FREDERICKSEN

**312878**

WORKORDER

PAGE 2

**BUTLER FORD**
2631 N Columbia Street
Milledgeville, Georgia 31061
(478) 453-9391

HOME:
BUS:

CONT:
CELL:                    9   SERVICE ADVISOR: 610085 FREEMAN, MARK

| | 16 | FORD F-150 | | 1FTEW1EP3GKF54339 | | | 53915/ | T3265 |

13DEC18 16
13DEC18 DD

18:00 13DEC18

CASH

OPTIONS: ENG:2.7 Liter

13DEC2018 09:43
LINE OP CODE   TECH...  TYPE   DESCRIPTIONS/INSTRUCTIONS

RESTART. CRANKED IN AM LOW FUEL LIGHT ON. WRENCH

# B  99P            C      PERFORM VEHICLE INSPECTION

DRIVING

REWORK

PRELIMINARY ESTIMATE #

I hereby authorize the repair work herein set forth to be done by you, together with the furnishing by you of the necessary parts and other material for such repair, and agree; that you are not responsible for any delays caused by unavailability or delayed availability of parts or material for any reason; that you neither assume or authorize any other person to assume for you any liability in connection with such repair; that you shall not be responsible for loss or damage to the above vehicle, or articles left therein; in case of fire, theft or other cause beyond your control; that an express mechanic's lien is hereby acknowledged on the above vehicle to secure the amount of repairs thereto; that your employees may operate the above vehicle on streets, highways or elsewhere for the purpose of testing and/or inspecting such vehicle.

AUTHORIZED BY  X

| | DATE | TIME | BY |
|---|---|---|---|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF THE ABOVE REVISED ESTIMATES:

X

X

**TECHNICIAN COPY**

# Case

## CAS-16615482-X8R0S2

### Case Details

| Case Number | CAS-16615482-X8R0S2 | Status | Active |
|---|---|---|---|
| Ticket Number | CAS-16615482-X8R0S2 | Status Reason | Active | New |
| Case Classification | Vehicle Concern > RIN Assist Request > CCT Criteria | | |

### Vehicle

| VIN | 1FTEW1EP8GKF54339 | | |
|---|---|---|---|
| Vehicle Classification Full Path | 2016 > FORD > F-SERIES > W1E - F150 4X4 CREWCAB STYLESIDE | | |
| Mileage | 53991 | Mileage Unit | Miles |
| Hours In Service | | | |
| Selling Dealer Code | | | |
| Days Out of Service | | Number of Repairs | |

### Symptoms

| Symptom Full Path | Driving Performance > Stalls/Quits > OTHER > OTHER |
|---|---|
| Symptom Level 1 | Driving Performance |
| Symptom Level 2 | Stalls/Quits |
| Symptom Level 3 | OTHER |
| Symptom Level 4 | OTHER |

### Customer

| First Name | JUSTIN | Last Name | FREDERICKSEN |
|---|---|---|---|
| Home Phone | ▮▮▮▮▮▮▮▮▮ | Address Line 1 | ▮▮▮▮▮▮▮▮ |
| Business Phone | ▮▮▮▮▮▮▮▮▮ | Address Line 2 | |
| Email Address 1 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | City | ▮▮▮▮▮▮▮ |
| | | State | |
| | | Zip | ▮▮▮▮▮ |

### Marketing Score

| CLP LTV Score | 90 |
|---|---|

# Case

## CAS-16615482-X8R0S2

### Vehicle Ownership

| VIN | Vehicle Classification | Purchase Status | CurrentOwner ? |
|---|---|---|---|
| 1FTEW1EP3GKF54339 | 2016 > FORD > F-SERIES > W1E - F150 4X4 CREWCAB STYLESIDE | | Current |
| 1FA6P8CF0F5359077 | 2015 > FORD > MUSTANG > P8C - MUSTANG 2DR COUPE - GT | | Previous |
| 1FA6P8CF0F5359077 | 2015 > FORD > MUSTANG > P8C - MUSTANG 2DR COUPE - GT | Original Owner | Current |
| 1FA6P8CF0F5359077 | 2015 > FORD > MUSTANG > P8C - MUSTANG 2DR COUPE - GT | Original Owner | Previous |

### Notes

**Note created on Dec 18 2018  4:37PM**

"By Candice Strohm" - After review, veh does not meet state guidelines for buyback/replacement criteria for NV.

**Talking Points:**
- Deny 6FR
- Review note in milestone
- Focus on getting vehicle repaired
- Customer seeking repair assistance as well, please review for assistance before contacting customer

**Note created on Dec 18 2018  4:35PM**

"By Candice Strohm" - CSM X77790 Candice:

OBC to DLR @ (478) 453-8391:
DLR SM Mark adv that crank position sensor and connector are needed - due to corrosion.  TECH/SM have driven the VEH.  QUOTE given to CUST of $460.00 plus tax - REPAIR NEEDED NOT COVERED UNDER POWERTRAIN.
RO # 312878 OPENED 12.13.18 MILEAGE @ 53915 - -

**Note created on Dec 18 2018 10:13AM**

"By CRM01 DWP (Prod) Service" - CRANK POSITION SENSOR AND CONNECTOR HAS CORROSION. RECOMMEND REPLACEMENT OF SENSOR AND CONNECTOR. REPAIR NOT COVERED UNDER POWERTRAIN.SENSOR AND CONNECTOR NOT SUPPLIED WITH REPLACEMENT ENGINE. GAVE EST OF 460.00 PLUS TAX TO CUSTOMER.

**Note created on Dec 18 2018  4:19PM**

# Case

## CAS-16615482-X8R0S2

"By Candice Strohm" - CSM X77790 Candice:

OBC to CUST @ 5307746359:
CUST states this veh has been giving him issues for a long time. CUST states the VEH was serviced in Nevada, FMC DLR in UTAH – CUST states the CEL came on and engine was knocking - when going thru Smokey Mountains. Multiple DLRS have been unable to duplicate concern. VEH died while in traveling - DLR thought it was out of gas and after fill up - the veh acted up again. CUST indicates the concern seems to be present as the veh gets hot. CSM adv if warrantable concern is determined - CSM can assist the CUST once the VEH has been diagnosed and the VEH repair path has been determined. CUST adv he is seeking BB - CSM will conduct GFR on the VEH - CSM verifies where VEH was bought and registered.
VEH was bought in CA @ FUTURE FORD
VEH was registered in NV - RENO

EMAIL IS███████████████████

NS: DC: GFR DONE. 12.18.18
CC: GFR RESULTS TO CUST 12.19.18
Note created on Dec 19 2018 2:14PM

"By Candice Strohm" - CSM X77790 CANDICE:

**VEH WAS BOUGHT AND REGISTERED IN NV**

OBC to DLR @ (478) 453-9391:
DLR SM Mark - DLR states CUST is collecting invoices to file BB on veh - DLR is sending over invoice to CSM for attachment to case from another DLR.
CUST had 30 miles to empty - DLR recommended CUST get fuel - CUST came back with VEH running rough, and DLR pulled crank shaft position sensor code and over speed code - NO CEL concern at this time, DLR is reviewing the VEH for diag - CUST has rental and will be paying for it as of now - CSM has to have warrantable concern verified before offering assistance to CUST. DLR should have diag done either 12.14.18 - 12.17.18. CUST is traveling nurse and has a job in area so should have housing
Note created on Dec 13 2018 2:04PM

# Case

## CAS-16615482-X8R0S2

"By Candice Strohm" - Ticket Number: CAS-16615482-X8R0S2
Customer:
Business phone:
Home phone:
Mobile phone:
LTV Score: 90
Vehicle Purchase Status: Original Owner per NAVIS
Dealer name: Butler Ford, Inc.
Dealer P&A: 00222
Dealer phone:
VIN: 1FTEW1EP3GKF54339
Year : 2016
Make: FORD
Model: F-SERIES
Mileage: 53991
Warranty Start Date: 11/25/2016
Engines Specification: 2.7L DOHC 4V DI GT V6 GAS/FFV
Open Recall/FSA: 17S33, 18S27, 18N03
ESP: NONE LISTED
Hotline Contact: J8GDN003 NHL
S 50 A 02 DRV PERF,RUNS ROUGH,ALL RUNNING,ALWAYS
last updated on 08.07.18
Warranty History:
06.27.18 - 41045 - replaced spark plug
08.06.18 - 45570 - engine replacement done - long block

Note created on Dec 18 2018 10:05AM

"By Marites Velina" - CONTACT VIA 5307746359 cp
CUSTOMER SAYS:
I called Ford Corporate I submit a file that the engine was defective they cover and replaced the engine and now
the new engine  broke down again while im travelling.
It was broke down last time in GA now im going again in GA
Im from Nevada the address on my profile is my father's home address. Im a traveler I travel a lot ,my car broke down on me in the
middle of the night.

AS PER CUSTOMER, DEALER SAYS:
n/a

CRC ADVISED:
I will escalate your case/request to our Ford Regional Customer Service Manager who works daily with your dealership's
management team. The Ford Regional Customer Service Manager has access to all Ford resources and will use these resources to
assist you and your dealership regarding your situation. The Ford Regional Customer Service Manager will receive the information
you have just provided me and will do a thorough review on your behalf. You can expect a phone call from your Customer Service
Manager within 1 business day.   The case number that I have established for you today is CAS-XXXXXXX.

# Case

## CAS-16615482-X8R0S2

### Dealership

| Dealership Name | Butler Ford, Inc. | | |
|---|---|---|---|
| Dealer Code | 00222 | Phone | (478) 453-9391 |
| Address Line 1 | 2631 North Columbia Street | Fax | |
| Address Line 2 | | City | Milledgeville |
| State | GA | Zip | 310617727 |

### Activities

#### Portal Message

| Subject | CAS-16615482-X8R0S2 |
|---|---|
| Description | CRANK POSITION SENSOR AND CONNECTOR HAS CORROSION. RECOMMEND REPLACEMENT OF SENSOR AND CONNECTOR. REPAIR NOT COVERED UNDER POWERTRAIN. SENSOR AND CONNECTOR NOT SUPPLIED WITH REPLACEMENT ENGINE. GAVE EST OF 460.00 PLUS TAX TO CUSTOMER. |

#### Appointment

| Required Attendees | cstrohm6@ford.com, | | | | |
|---|---|---|---|---|---|
| Optional Attendees | | | | | |
| Start Time | 12/18/2018 5:00:00 PM | | | | |
| Subject | CAS-16615482-X8R0S2 | | | | |
| End Time | 12/18/2018 5:30:00 PM | Duration | 30 | Is All Day Event? | No |
| Show Time As | Completed | Priority | Normal | | |

# Case

## CAS-16615482-X8R0S2

| | |
|---|---|
| **Description** | Ticket Number: CAS-16615482-X8R0S2 |
| | Customer: |
| | Business phone: |
| | Home phone: |
| | Mobile phone: |
| | LTV Score: 90 |
| | Vehicle Purchase Status: |
| | Dealer name: Butler Ford, Inc. |
| | Dealer P&A: 00222 |
| | Dealer phone: (478) 453-9391 |
| | VIN: 1FTEW1EP9GKF54339 |
| | Year: 2016 |
| | Make: FORD |
| | Model: F-SERIES |
| | Mileage: 53991.0000000000 |
| | Warranty Start Date: 11/25/2016 5:00:00 AM |
| | Engines Specification: 2.7L DOHC 4V DI GT V6 GAS/FFV |
| | Open Recall/FSA: |
| | ESP: |
| | Hotline Contact: |
| | Warranty History: |

## Appointment

| | | | | | | |
|---|---|---|---|---|---|---|
| **Required Attendees** | cstrohm6@ford.com. | | | | | |
| **Optional Attendees** | | | | | | |
| **Start Time** | 12/19/2018 5:00:00 PM | | | | | |
| **Subject** | CAS-16615482-X8R0S2 | | | | | |
| **End Time** | 12/19/2018 5:30:00 PM | | **Duration** | | **Is All Day Event?** | No |
| **Show Time As** | Busy | | **Priority** | **Normal** | | |

Ford Confidential

# Case

## CAS-16615482-X8R0S2

| | |
|---|---|
| **Description** | **Ticket Number:** CAS-16615482-X8R0S2 |
| | **Customer:** ▓▓▓▓▓▓▓▓▓▓▓ |
| | **Business phone:** ▓▓▓▓▓▓▓▓▓ |
| | **Home phone:** ▓▓▓▓▓▓▓▓ |
| | **Mobile phone:** ▓▓▓▓▓▓▓▓ |
| | **LTV Score:** 90 |
| | **Vehicle Purchase Status:** |
| | **Dealer name:** Butler Ford, Inc. |
| | **Dealer P&A:** 00212 |
| | **Dealer phone:** (478) 453-9391 |
| | **VIN:** 1FTEW1EP3GKF54339 |
| | **Year:** 2016 |
| | **Make:** FORD |
| | **Model:** F-SERIES |
| | **Mileage:** 53991.0000000000 |
| | **Warranty Start Date:** 11/25/2016 5:00:00 AM |
| | **Engines Specification:** 2.7L DOHC 4V Di GT V6 GAS/FFV |
| | **Open Recall/FSA:** |
| | **ESP:** |
| | **Hotline Contact:** |
| | **Warranty History:** |

## Ford/Lincoln Loyalty Request

### General

| | | | |
|---|---|---|---|
| **Subject** | Ford/Lincoln Loyalty Remedy | | |
| **Status** | | | |
| **Warranty Start Date** | 11/25/2016 | | |
| **Mileage at RO Open** | | **Mileage Units** | **Miles** |
| **Gas/Diesel** | Gas/Default | | |
| **Does the customer perform retail service or purchase parts from your dealership?** | No | **Is this Visiting Owner?** | No |
| **Does the Vehicle have Ford/Lincoln ESP?** | No | **Does Vehicle have a Non Ford/Lincoln ESP?** | No |
| **Are the Repairs Already Completed?** | No | **If yes, completed at a Ford/Lincoln Dealer?** | No |
| **Maintenance History Reviewed?** | No | **Required Maintenance performed at the appropriate intervals for the effected component?** | No |
| **Are there any vehicles modifications?** | No | **Was the service and maintenance performed at a Ford/Lincoln Dealership?** | No |
| **Vehicle Modification** | | | |
| **Request Summary Information** | | | |
| **Loyalty Tools** | | | |

# Case

## CAS-16615482-X8R0S2

| | | | | |
|---|---|---|---|---|
| Repair | No | | Complementary Ford/Lincoln ESP | No |
| Refund | No | | Vehicle Payment | No |
| Consequential Expenses | No | | Service Component Plan | No |
| Rental | No | | Complementary Maintenance Plan | No |

### Repair Order Information

| | | | |
|---|---|---|---|
| Dealer P&A Code | 00222 | Customer Type | |
| Repair Order Number | | Casual Part Number | |
| Repair Order Open Date | | Repair Order Close Date | |
| Requestor Name | | Requestor Job Role | |
| Requestor Email Address | | | |

### Cost

| | | | |
|---|---|---|---|
| Total Amount of Claim | | | |
| Parts and Labor | | | |
| Total Parts/Labor | | RO Line Number | |
| Customer's Share | | Customer's % | |
| Dealer's Share | | Dealer's % | |
| Ford/Lincoln's Share | | Ford/Lincoln's % | |
| Program Code | | Approval Code | |
| Total Part Amount | | Total Labor Amount | |

### Rental

| | | | |
|---|---|---|---|
| Total Rental | | RO Line Number | |
| Customer's Share | | Customer's % | |
| Dealer's Share | | Dealer's % | |
| Ford/Lincoln's Share | | Ford/Lincoln's % | |
| Program Code | | Approval Code | |
| Unit Down | No | | |
| Part Delay | No | PACD# | |
| | | Part# | |
| Part Dealy FSA | No | FSA# | |
| | | PACD# | |
| | | Part# | |
| Technical Assistance | No | GCQIS# | |

---

Ford Confidential

# Case

## CAS-16615482-X8R0S2

| | | |
|---|---|---|
| Technical Assistance FSA | No | FSA# |
| | | GCQIS# |
| Cascading repair taking longer than expected | No | Reason |
| Legal Escalation | No | FMC360 Case# |
| Over Night Repair | No | Short Reason |
| Other Situation | No | Short Reason |
| Consequential Expenses | | |
| Consequential Expenses | | RO Line Number |
| Customer's Share | | Customer's % |
| Dealer's Share | | Dealer's % |
| Ford/Lincoln's Share | | Ford/Lincoln's % |
| Program Code | | Approval Code |
| Refund | | |
| Refund | | RO Line Number |
| Customer's Share | | Customer's % |
| Dealer's Share | | Dealer's % |
| Ford/Lincoln's Share | | Ford/Lincoln's % |
| Program Code | | Approval Code |
| Vehicle Payment | | |
| Vehicle Payment | | RO Line Number |
| Customer's Share | | Customer's % |
| Dealer's Share | | Dealer's % |
| Ford/Lincoln's Share | | Ford/Lincoln's % |
| Program Code | | Approval Code |

Electronically FILED by Superior Court of California, County of Los Angeles on 03/14/2019 12:27 PM Sherri R. Carter, Executive Officer/Clerk of Court, by J. Tang,Deputy Clerk

Case 2:19-cv-02186-R-JPR   Document 1-1   Filed 03/22/19   Page 72 of 104   Page ID #:79

1   GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
    38 Discovery, Suite 200
2   Irvine, California 92618
    Telephone: (949) 753-0255
3   Facsimile: (949) 753-0265

4   Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

5   Attorney for Defendant FORD MOTOR COMPANY

6

7

8           SUPERIOR COURT OF CALIFORNIA – COUNTY OF LOS ANGELES
                              CENTRAL DISTRICT
9                           UNLIMITED JURISDICTION

10

11  JUSTIN FREDERICKSEN, an              ) Case No: 19STCV05028
    individual and DOES 1-100            ) Judge: Susan Bryant-Deason
12  inclusive                            ) Dept: 52
                                         )
13                Plaintiff,             )
                                         )
14  vs.                                  )
                                         ) **FORD MOTOR COMPANY'S ANSWER TO**
15  FORD MOTOR COMPANY, a Delaware       ) **COMPLAINT**
    Limited Liability Company,           )
16  FUTURE FORD OF CONCORD, LLC, a       )
    California Limited Liability         )
17  Company and DOES 1-100,              )
    inclusive,                           )
18                                       ) Complaint Filed: February 14, 2019
                  Defendants.            ) Trial Date: None
19  _____  )

20       Defendant, FORD MOTOR COMPANY hereby responds to Plaintiff's

21  Complaint herein, as follows.

22                        **GENERAL DENIAL**

23       1.  Pursuant to California Code of Civil Procedure § 431.30,

24  Defendant herein denies each and every allegation in the Complaint

25  and further denies that Plaintiff has been damaged in any sum

26  whatsoever.

27  ///

28  ///

                                   1
_____
              FORD MOTOR COMPANY'S ANSWER TO COMPLAINT

### FIRST AFFIRMATIVE DEFENSE

### (Failure To State A Cause Of Action)

2.   Plaintiff's Complaint, and each cause of action and count thereof, fails to state sufficient facts to constitute a cause of action against this answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

### (Disclaimer of Warranties)

3.   Plaintiff's cause of action for breach of express warranty and incidental and consequential damages is barred by the express disclaimers and limitations of liability contained in the alleged express warranties.

### THIRD AFFIRMATIVE DEFENSE

### (Statute of Limitations)

4.   Any cause of action alleged in the Complaint is barred by the statutes of limitations contained in the Code of Civil Procedure, specifically § 337, 338, 338.1, 339, 340, 343, Civil Code § 1783, Business and Professions Code §17208, and Commercial Code § 2725.

### FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

5.   If Plaintiff sustained any damages as alleged in the Complaint, that damage was proximately caused and contributed to by Plaintiff in failing to mitigate damages.  Plaintiff's failure to mitigate damages diminishes any recovery herein.

### FIFTH AFFIRMATIVE DEFENSE

### (Failure of Performance)

6.   Defendant is informed and believes and based thereon alleges that any failure to perform the obligations as described in the Complaint resulted from Plaintiff's failure to perform as

2

required by the contract and/or warranty.  Performance on Plaintiff's part of his obligations was a condition precedent to the performance of Defendant's obligations.

### SIXTH AFFIRMATIVE DEFENSE

### (Alteration of Product)

7.   The vehicle was not defective or in an unmerchantable condition when it left the possession, custody and control of the manufacturer.  Any damage to the subject automobile was caused and created by changes and alterations made to the vehicle, subsequent to the vehicle's manufacture and/or sale, by persons other than the manufacturer or any of its agents, servants, or employees, thereby barring Plaintiff's recovery herein.

### SEVENTH AFFIRMATIVE DEFENSE

### (Failure to State Cause of Action for Civil Penalties)

8.   The Complaint fails to state sufficient facts to warrant the imposition of civil penalties because it was believed that replacement or repurchase of the subject vehicle was not appropriate under the circumstances then known.

### EIGHTH AFFIRMATIVE DEFENSE

### (Consent)

9.   The repair process to Plaintiff's vehicle was appropriate and proper and is believed to have been done with the consent of the Plaintiff.

### NINTH AFFIRMATIVE DEFENSE

### (Abuse or Failure to Maintain)

10.  The Plaintiff is barred from recovery by virtue of Civil Code § 1794.3 since the claimed defect or nonconformity was caused by the unauthorized or unreasonable use of the vehicle following sale.

3

**TENTH AFFIRMATIVE DEFENSE**

**(Civil Code § 1791.1(c)-Implied Warranty)**

11.   Each and every cause of action based upon breach of implied warranty is barred by virtue of Civil Code § 1791.1(c).

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Failure to Provide Reasonable Opportunity to Repair)**

12.   Plaintiff is precluded from any recovery pursuant to the Song-Beverly Consumer Warranty Act as Plaintiff failed and refused to provide a reasonable opportunity to repair.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Qualified Third Party Dispute Resolution Process)**

13.   Defendant maintains a third party dispute resolution process which substantially complies with Civil Code § 1793.22. Defendant is informed and believes, and based thereon alleges, that Plaintiff received timely and appropriate notice of the availability of the process.   Plaintiff is therefore barred from asserting the presumptions set forth in Civil Code § 1793.22 and from recovering civil penalties pursuant to Civil Code § 1794(e).

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Failure to Provide Notice)**

14.   Defendant is informed and believes, and based thereon alleges, that Plaintiff failed to provide notice to this answering Defendant pursuant to Civil Code § 1794(e)(3).   Plaintiff is therefore barred from asserting the presumptions set forth in Civil Code § 1793.22 and from recovering civil penalties pursuant to Civil Code § 1794(e).

///

///

4

## FOURTEENTH AFFIRMATIVE DEFENSE

### (<u>Due Process</u>)

15.   The civil penalty provisions of Civil Code § 1794(c) and (e) violate the Due Process clause of the United States Constitution and the California Constitution.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (<u>Revocation Not Effective</u>)

16.   Any purported revocation of acceptance was not made within a reasonable time nor before a substantial change in the condition of the vehicle which was not caused by any alleged defects.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (<u>Out of State Purchase</u>)

17.  The provisions of the Song-Beverly Consumer Warranty Act do not apply to the vehicle if it was purchased outside the State of California.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (<u>Used Vehicle</u>)

18.   If Plaintiff's vehicle was used at the time of Plaintiff's purchase the implied warranties provided in the Song-Beverly Consumer Warranty Act do not arise as to this answering Defendant.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (<u>Estoppel</u>)

19.   Defendant is informed and believes and based thereon alleges that the Plaintiff has engaged in conduct and activity sufficient to estop him from asserting all or any part of their deceit-based claim set forth in Plaintiff's Complaint.

///

///

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

20.  Defendant is informed and believes and based thereon alleges that the deceit-based claim and relief sought by Plaintiff are barred by reason of the doctrine of unclean hands.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Waiver)**

21.  Defendant is informed and believes and based thereon alleges that the Plaintiff has engaged in conduct and activities sufficient to constitute a waiver of any alleged deceitful conduct as set forth in the Complaint.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Laches)**

22.  Defendant is informed and believes and based thereon alleges that the Plaintiff waited an unreasonable period of time to complain of the alleged deceitful acts or omissions at issue in the Complaint so as to prejudice this answering Defendant.  Plaintiff is therefore guilty of laches and barred from recovery.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(Contributory Negligence of Third Parties)**

23.  If Plaintiff sustained any damages as alleged in the Complaint, that damage was proximately caused and contributed to by persons and/or parties other than this answering Defendant by a failure to conduct themselves in a manner ordinarily expected of reasonably prudent persons in the conduct of their affairs and business.  Contributory negligence and fault of persons and/or parties other than this answering Defendant diminishes any recovery from this answering Defendant.

FORD MOTOR COMPANY'S ANSWER TO COMPLAINT

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

**(Failure to State a Cause of Action for Fraud)**

24.   The Complaint fails to make sufficiently specific factual allegations to adequately state a cause of action for fraud.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

**(Failure to State a Claim for Punitive Damages)**

25.   The Complaint fails to make sufficiently specific factual allegations to adequately recover punitive damages.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

**(No Representations or Omissions)**

26.   To be actionable any omission of fact must be contrary to a representation actually made by the defendant, or it must be an omission of fact that the defendant was obliged to disclose.  In this instance answering Defendant made no representations or omissions in regard to Plaintiff's vehicle to Plaintiff.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

**(Acts Not Unfair, Unlawful, Fraudulent or Deceptive)**

27.   As a separate and distinct affirmative defense, Defendant alleges that their business actions or practices were not unfair, unlawful, fraudulent or deceptive within the meaning of California Business and Professions Code § 17200, et seq.

**PRAYER**

WHEREFORE, Defendant FORD MOTOR COMPANY prays as follows:

1.   That Plaintiff takes nothing by way of his Complaint on file herein;

2.   That judgment be entered in favor of Defendant for attorney fees and costs of suit; and,

7

1        3.    For such other and further relief as the Court may deem

2  just and proper.

3

4  Dated:  March 14, 2019          GATES, GONTER, GUY,
                                   PROUDFOOT & MUENCH, LLP
5

6                                  By: _____
                                       MARCIA M. LACOUR
7                                      MATTHEW M. PROUDFOOT
                                   Attorneys for Defendant FORD MOTOR
8                                  COMPANY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FORD MOTOR COMPANY'S ANSWER TO COMPLAINT

<u>PROOF OF SERVICE - 1013(a) C.C.P.</u>

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is Gates, Gonter, Guy, Proudfoot & Muench, LLP, located at 38 Discovery, Suite 200, Irvine, CA  92618.

    On **March 14, 2019**, I served the foregoing document described as **FORD MOTOR COMPANY'S ANSWER TO COMPLAINT** on the interested parties in this action as set forth on the attached service list in the following manner:

**(XXX)**        **BY MAIL.**  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service on the same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.  I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

(  )        **BY FACSIMILE.**  In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

(  )        **BY PERSONAL SERVICE.**  I caused a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server pursuant to Code of Civil Procedure §1011.

(  )        **BY EXPRESS MAIL.**  I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

(  )        **BY ELECTRONIC MAIL.**  I caused said document(s) to be served electronically to _____ pursuant to Civil Procedure §1010.6(a)

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **March 14, 2019**, at Irvine, California.

_____
Heidi Dufour

********************************************************************************
SERVICE LIST

**ATTORNEY FOR PLAINTIFF**
Natan Davoodi, Esq.
The Law Offices of Natan Davoodi, Esq.
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010.
Tel: 310-889-4554
Fax: 213-382-4083

Gates, Gonter, Guy,
Proudfoot & Muench, LLP
38 Discovery, Suite 200
Irvine, CA 92618
(949) 753-0255

1

Electronically FILED by Superior Court of California, County of Los Angeles on 03/14/2019 12:27 PM Sherri R. Carter, Executive Officer/Clerk of Court, by J. Tang,Deputy Clerk

Case 2:19-cv-02186-R-JPR   Document 1-1   Filed 03/22/19   Page 81 of 104   Page ID #:88

1    GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
     38 Discovery, Suite 200
2    Irvine, California 92618
     Telephone: (949) 753-0255
3    Facsimile: (949) 753-0265

4    Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

5    Attorney for Defendant FORD MOTOR COMPANY

6

7

8          SUPERIOR COURT OF CALIFORNIA – COUNTY OF LOS ANGELES
                   CENTRAL DISTRICT
9                    UNLIMITED JURISDICTION

10

11   JUSTIN FREDERICKSEN, an      ) Case No: 19STCV05028
    individual and DOES 1-100      ) Judge: Susan Bryant-Deason
12   inclusive                      ) Dept: 52
                              )
13            Plaintiff,      )
                              )
14   vs.                         ) **FORD MOTOR COMPANY'S DEMAND FOR**
    FORD MOTOR COMPANY, a Delaware ) **JURY TRIAL**
15   Limited Liability Company,    )
    FUTURE FORD OF CONCORD, LLC, a )
16   California Limited Liability   )
    Company and DOES 1-100,      )
17   inclusive,             ) Complaint Filed: February 14, 2019
                              ) Trial Date: None
18            Defendants.     )
19     _____ )

20       TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

21        PLEASE TAKE NOTICE that Defendant FORD MOTOR COMPANY, hereby

22   demands a trial by jury in the above-entitled matter.

23

24   Dated:  March 14, 2019         GATES, GONTER, GUY,
                             PROUDFOOT & MUENCH, LLP
25

26                    By: _____
                      MARCIA M. LACOUR
27                     MATTHEW M. PROUDFOOT
                   Attorneys for Defendant FORD MOTOR
28                    COMPANY

<u>PROOF OF SERVICE - 1013(a) C.C.P.</u>

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is Gates, Gonter, Guy, Proudfoot & Muench, LLP, located at 38 Discovery, Suite 200, Irvine, CA 92618.

On **March 14, 2019**, I served the foregoing document described as **FORD MOTOR COMPANY'S DEMAND FOR JURY TRIAL** on the interested parties in this action as set forth on the attached service list in the following manner:

**(XXX)**          **BY MAIL.** I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service on the same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a. I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

( )          **BY FACSIMILE.** In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

( )          **BY PERSONAL SERVICE.** I caused a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server pursuant to Code of Civil Procedure §1011.

( )          **BY EXPRESS MAIL.** I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

( )          **BY ELECTRONIC MAIL.** I caused said document(s) to be served electronically to _____ pursuant to Civil Procedure §1010.6(a)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **March 14, 2019**, at Irvine, California.

_____
Heidi Dufour

**************************************************************

SERVICE LIST

**ATTORNEY FOR PLAINTIFF**
Natan Davoodi, Esq.
The Law Offices of Natan Davoodi, Esq.
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010.
Tel: 310-889-4554
Fax: 213-382-4083

GATES, GONTER, GUY,
PROUDFOOT & MUENCH LLP
38 DISCOVERY, SUITE 200
IRVINE, CA 92618
(949) 753-0255

1

GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265

Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendants FORD MOTOR COMPANY and FUTURE FORD OF CONCORD, LLC

SUPERIOR COURT OF CALIFORNIA – COUNTY OF LOS ANGELES
CENTRAL DISTRICT
UNLIMITED JURISDICTION

| | |
|---|---|
| JUSTIN FREDERICKSEN, an individual and DOES 1-100 inclusive | Case No: 19STCV05028 |
| | Judge: Susan Bryant-Deason |
| | Dept: 52 |
| Plaintiff, | |
| vs. | |
| | **FUTURE FORD OF CONCORD, LLC'S ANSWER TO COMPLAINT** |
| FORD MOTOR COMPANY, a Delaware Limited Liability Company, FUTURE FORD OF CONCORD, LLC, a California Limited Liability Company and DOES 1-100, inclusive, | |
| Defendants. | Complaint Filed: February 14, 2019 |
| | Trial Date: None |

Defendant, FUTURE FORD OF CONCORD, LLC hereby responds to Plaintiff's Complaint herein, as follows.

**GENERAL DENIAL**

1.   Pursuant to California Code of Civil Procedure § 431.30, Defendant herein denies each and every allegation in the Complaint and further denies that Plaintiff has been damaged in any sum whatsoever.

///

///

1

**FIRST AFFIRMATIVE DEFENSE**

**(Failure To State A Cause Of Action)**

2.     Plaintiff's Complaint, and each cause of action and count thereof, fails to state sufficient facts to constitute a cause of action against this answering Defendant.

**SECOND AFFIRMATIVE DEFENSE**

**(Disclaimer of Warranties)**

3.     Plaintiff's cause of action for breach of express warranty and incidental and consequential damages is barred by the express disclaimers and limitations of liability contained in the alleged express warranties.

**THIRD AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

4.     Any cause of action alleged in the Complaint is barred by the statutes of limitations contained in the Code of Civil Procedure, specifically § 337, 338, 338.1, 339, 340, 343, Civil Code § 1783, Business and Professions Code §17208, and Commercial Code § 2725.

**FOURTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

5.     If Plaintiff sustained any damages as alleged in the Complaint, that damage was proximately caused and contributed to by Plaintiff in failing to mitigate damages.  Plaintiff's failure to mitigate damages diminishes any recovery herein.

**FIFTH AFFIRMATIVE DEFENSE**

**(Failure of Performance)**

6.     Defendant is informed and believes and based thereon alleges that any failure to perform the obligations as described in the Complaint resulted from Plaintiff's failure to perform as

FUTURE FORD OF CONCORD, LLC'S ANSWER TO COMPLAINT

required by the contract and/or warranty.  Performance on Plaintiff's part of his obligations was a condition precedent to the performance of Defendant's obligations.

### SIXTH AFFIRMATIVE DEFENSE

#### (Alteration of Product)

7.    The vehicle was not defective or in an unmerchantable condition when it left the possession, custody and control of the manufacturer.  Any damage to the subject automobile was caused and created by changes and alterations made to the vehicle, subsequent to the vehicle's manufacture and/or sale, by persons other than the manufacturer or any of its agents, servants, or employees, thereby barring Plaintiff's recovery herein.

### SEVENTH AFFIRMATIVE DEFENSE

#### (Failure to State Cause of Action for Civil Penalties)

8.    The Complaint fails to state sufficient facts to warrant the imposition of civil penalties because it was believed that replacement or repurchase of the subject vehicle was not appropriate under the circumstances then known.

### EIGHTH AFFIRMATIVE DEFENSE

#### (Consent)

9.    The repair process to Plaintiff's vehicle was appropriate and proper and is believed to have been done with the consent of the Plaintiff.

### NINTH AFFIRMATIVE DEFENSE

#### (Abuse or Failure to Maintain)

10.   The Plaintiff is barred from recovery by virtue of Civil Code § 1794.3 since the claimed defect or nonconformity was caused by the unauthorized or unreasonable use of the vehicle following sale.

FUTURE FORD OF CONCORD, LLC'S ANSWER TO COMPLAINT

### TENTH AFFIRMATIVE DEFENSE

#### (Civil Code § 1791.1(c)-Implied Warranty)

11.   Each and every cause of action based upon breach of implied warranty is barred by virtue of Civil Code § 1791.1(c).

### ELEVENTH AFFIRMATIVE DEFENSE

#### (Failure to Provide Reasonable Opportunity to Repair)

12.   Plaintiff is precluded from any recovery pursuant to the Song-Beverly Consumer Warranty Act as Plaintiff failed and refused to provide a reasonable opportunity to repair.

### TWELFTH AFFIRMATIVE DEFENSE

#### (Qualified Third Party Dispute Resolution Process)

13.   Defendant maintains a third party dispute resolution process which substantially complies with Civil Code § 1793.22. Defendant is informed and believes, and based thereon alleges, that Plaintiff received timely and appropriate notice of the availability of the process.   Plaintiff is therefore barred from asserting the presumptions set forth in Civil Code § 1793.22 and from recovering civil penalties pursuant to Civil Code § 1794(e).

### THIRTEENTH AFFIRMATIVE DEFENSE

#### (Failure to Provide Notice)

14.   Defendant is informed and believes, and based thereon alleges, that Plaintiff failed to provide notice to this answering Defendant pursuant to Civil Code § 1794(e)(3).   Plaintiff is therefore barred from asserting the presumptions set forth in Civil Code § 1793.22 and from recovering civil penalties pursuant to Civil Code § 1794(e).

///

///

4

FUTURE FORD OF CONCORD, LLC'S ANSWER TO COMPLAINT

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Due Process)

15.   The civil penalty provisions of Civil Code § 1794(c) and (e) violate the Due Process clause of the United States Constitution and the California Constitution.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Revocation Not Effective)

16.   Any purported revocation of acceptance was not made within a reasonable time nor before a substantial change in the condition of the vehicle which was not caused by any alleged defects.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Out of State Purchase)

17. The provisions of the Song-Beverly Consumer Warranty Act do not apply to the vehicle if it was purchased outside the State of California.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Used Vehicle)

18.   If Plaintiff's vehicle was used at the time of Plaintiff's purchase the implied warranties provided in the Song-Beverly Consumer Warranty Act do not arise as to this answering Defendant.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Estoppel)

19.   Defendant is informed and believes and based thereon alleges that the Plaintiff has engaged in conduct and activity sufficient to estop him from asserting all or any part of their deceit-based claim set forth in Plaintiff's Complaint.

///

///

FUTURE FORD OF CONCORD, LLC'S ANSWER TO COMPLAINT

### NINETEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

20.  Defendant is informed and believes and based thereon alleges that the deceit-based claim and relief sought by Plaintiff are barred by reason of the doctrine of unclean hands.

### TWENTIETH AFFIRMATIVE DEFENSE

### (Waiver)

21.  Defendant is informed and believes and based thereon alleges that the Plaintiff has engaged in conduct and activities sufficient to constitute a waiver of any alleged deceitful conduct as set forth in the Complaint.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Laches)

22.  Defendant is informed and believes and based thereon alleges that the Plaintiff waited an unreasonable period of time to complain of the alleged deceitful acts or omissions at issue in the Complaint so as to prejudice this answering Defendant.  Plaintiff is therefore guilty of laches and barred from recovery.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Contributory Negligence of Third Parties)

23.  If Plaintiff sustained any damages as alleged in the Complaint, that damage was proximately caused and contributed to by persons and/or parties other than this answering Defendant by a failure to conduct themselves in a manner ordinarily expected of reasonably prudent persons in the conduct of their affairs and business.  Contributory negligence and fault of persons and/or parties other than this answering Defendant diminishes any recovery from this answering Defendant.

FUTURE FORD OF CONCORD, LLC'S ANSWER TO COMPLAINT

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action for Fraud)

24.  The Complaint fails to make sufficiently specific factual allegations to adequately state a cause of action for fraud.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Punitive Damages)

25.  The Complaint fails to make sufficiently specific factual allegations to adequately recover punitive damages.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (No Representations or Omissions)

26.  To be actionable any omission of fact must be contrary to a representation actually made by the defendant, or it must be an omission of fact that the defendant was obliged to disclose.  In this instance answering Defendant made no representations or omissions in regard to Plaintiff's vehicle to Plaintiff.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Acts Not Unfair, Unlawful, Fraudulent or Deceptive)

27.  As a separate and distinct affirmative defense, Defendant alleges that their business actions or practices were not unfair, unlawful, fraudulent or deceptive within the meaning of California Business and Professions Code § 17200, et seq.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Arbitration)

28.  Defendants allege that Plaintiff's sole and exclusive remedy under the terms of the sales agreement is or should be arbitration.  Furthermore, each answering Defendant is informed and believes and thereon alleges that each Plaintiff is barred from

FUTURE FORD OF CONCORD, LLC'S ANSWER TO COMPLAINT

1  recovery in this action since each Plaintiff failed and/or refused to

2  arbitrate any disputes he/she/it now allegedly has with each

3  answering Defendant. The Arbitration Agreement is part of the Retail

4  Installment Sales Contract, a copy of which is in the possession of

5  Plaintiff.

6

7                              **PRAYER**

8      WHEREFORE, Defendant FUTURE FORD OF CONCORD, LLC prays as

9  follows:

10     1.   That Plaintiff takes nothing by way of his Complaint on

11  file herein;

12     2.   That judgment be entered in favor of Defendant for attorney

13  fees and costs of suit; and,

14     3.   For such other and further relief as the Court may deem

15  just and proper.

16

17  Dated:  March 22, 2019          GATES, GONTER, GUY,
                                     PROUDFOOT & MUENCH, LLP
18

19                                  By: _____

20                                      MARCIA M. LACOUR
                                        MATTHEW M. PROUDFOOT
21                                  Attorneys for Defendants FORD MOTOR
                                     COMPANY and FUTURE FORD OF CONCORD, LLC
22

23

24

25

26

27

28

FUTURE FORD OF CONCORD, LLC'S ANSWER TO COMPLAINT

<u>PROOF OF SERVICE - 1013(a) C.C.P.</u>

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is Gates, Gonter, Guy, Proudfoot & Muench, LLP, located at 38 Discovery, Suite 200, Irvine, CA  92618.

On **March 22, 2019,** I served the foregoing document described as   **FUTURE FORD OF CONCORD, LLC'S ANSWER TO COMPLAINT** on the interested parties in this action as set forth on the attached service list in the following manner:

**(XXX)**          **BY MAIL.**  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service on the same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.  I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

( )          **BY FACSIMILE.**  In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

( )          **BY PERSONAL SERVICE.**  I caused a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server pursuant to Code of Civil Procedure §1011.

( )          **BY EXPRESS MAIL.**  I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

( )          **BY ELECTRONIC MAIL.**  I caused said document(s) to be served electronically to _____  pursuant to Civil Procedure §1010.6(a)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **March 22, 2019**, at Irvine, California.

_____
Heidi Dufour

*************************************************************************

<u>SERVICE LIST</u>

**ATTORNEY FOR PLAINTIFF**
Natan Davoodi, Esq.
The Law Offices of Natan Davoodi, Esq.
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010.
Tel: 310-889-4554
Fax: 213-382-4083

Gates, Gonter, Guy,
Proudfoot & Muench LLP
38 Discovery, Suite 200
Irvine, CA 92618
(949) 753-0255

1

PROOF OF SERVICE

1    GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
     38 Discovery, Suite 200
2    Irvine, California 92618
     Telephone: (949) 753-0255
3    Facsimile: (949) 753-0265

4    Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

5    Attorney for Defendant FORD MOTOR COMPANY

6

7

8              SUPERIOR COURT OF CALIFORNIA – COUNTY OF LOS ANGELES
                             CENTRAL DISTRICT
9                          UNLIMITED JURISDICTION

10

11   JUSTIN FREDERICKSEN, an        ) Case No: 19STCV05028
     individual and DOES 1-100      ) Judge: Susan Bryant-Deason
12   inclusive                      ) Dept: 52
                                    )
13                Plaintiff,        )
                                    )
     vs.                            )
14                                  ) **FUTURE FORD OF CONCORD, LLC'S**
     FORD MOTOR COMPANY, a Delaware ) **DEMAND FOR JURY TRIAL**
15   Limited Liability Company,     )
     FUTURE FORD OF CONCORD, LLC, a )
16   California Limited Liability   )
     Company and DOES 1-100,        )
17   inclusive,                     ) Complaint Filed: February 14, 2019
                                    ) Trial Date: None
18                Defendants.       )
                                    )
19   ───────────────────────────────)

20        TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

21        PLEASE TAKE NOTICE that Defendant FUTURE FORD OF CONCORD, LLC,

22   hereby demands a trial by jury in the above-entitled matter.

23

24   Dated:  March 22, 2019          GATES, GONTER, GUY,
                                      PROUDFOOT & MUENCH, LLP
25

26                                   By: _Marcia M. Lacour_____

27                                       MARCIA M. LACOUR
                                         MATTHEW M. PROUDFOOT
28                                   Attorneys for Defendant FORD MOTOR
                                     COMPANY

                                         1
     ──────────────────────────────────────────────────────────────
              FUTURE FORD OF CONCORD, LLC'S DEMAND FOR JURY TRIAL

<u>PROOF OF SERVICE - 1013(a) C.C.P.</u>

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is Gates, Gonter, Guy, Proudfoot & Muench, LLP, located at 38 Discovery, Suite 200, Irvine, CA  92618.

    On **March 22, 2019**, I served the foregoing document described as   **FUTURE FORD OF CONCORD, LLC'S DEMAND FOR JURY TRIAL** on the interested parties in this action as set forth on the attached service list in the following manner:

**(XXX)**          **BY MAIL.**  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service on the same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.  I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

( )          **BY FACSIMILE.**  In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

( )          **BY PERSONAL SERVICE.**  I caused a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server pursuant to Code of Civil Procedure §1011.

( )          **BY EXPRESS MAIL.**  I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

( )          **BY ELECTRONIC MAIL.**  I caused said document(s) to be served electronically to _____  pursuant to Civil Procedure §1010.6(a)

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **March 22, 2019**, at Irvine, California.

_____
                                       Heidi Dufour
*****************************************************************************
                              SERVICE LIST
**ATTORNEY FOR PLAINTIFF**
Natan Davoodi, Esq.
The Law Offices of Natan Davoodi, Esq.
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010.
Tel: 310-889-4554
Fax: 213-382-4083

PROOF OF SERVICE

Gates, Gonter, Guy,
Proudfoot & Muench LLP
38 Discovery, Suite 200
Irvine, CA 92618
(949) 753-0255

EXHIBIT 2

RETAIL INSTALLMENT SALE CONTRACT — SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

| Dealer Number 1492 | Contract Number | R.O.S. Number | Stock Number F069840 |
|---|---|---|---|

DEAL # 205780

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| JUSTIN W FREDERICKSEN 679 CARDINAL WAY FERNLEY NV 89408 LYON COUNTY | NAOMI A FREDERICKSEN 679 CARDINAL WAY FERNLEY NV 89408 LYON COUNTY | FUTURE FORD LINCOLN 650 AUTO MALL DR. ROSEVILLE, CA 95661 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2016 | FORD F150 | 200 | 1FTEW1EP3GKF54339 | Personal, family or household unless otherwise indicated below. ☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $4184.96 |
|---|---|---|---|---|
| 5.74 % | $ 9647.58(e) | $ 43938.54(e) | $ 53586.12(e) | $ 57771.08(e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| One Payment of | N/A | N/A |
| 83 | 637.93 | Monthly beginning 01/15/2017 |
| N/A | N/A | N/A |
| One final payment | 637.93 | 12/15/2023 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

**ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)**

1. Total Cash Price
   A. Cash Price of Motor Vehicle and Accessories ... $ 43086.35 (A)
   1. Cash Price Vehicle ... $ 43086.35
   2. Cash Price Accessories ... $ N/A
   3. Other (Nontaxable)
      Describe N/A ... $ N/A
      Describe N/A ... $ N/A
   B. Document Processing Charge (not a governmental fee) ... $ 80.00 (B)
   C. Emissions Testing Charge (not a governmental fee) ... $ N/A (C)
   D. (Optional) Theft Deterrent Device(s)
      1. (paid to) N/A ... $ N/A (D1)
      2. (paid to) N/A ... $ N/A (D2)
      3. (paid to) N/A ... $ N/A (D3)
   E. (Optional) Surface Protection Product(s)
      1. (paid to) CILAJET ... $ 799.00 (E1)
      2. (paid to) N/A ... $ N/A (E2)
   F. EV Charging Station (paid to) N/A ... $ N/A (F)
   G. Sales Tax (on taxable items in A through F) ... $ 3297.40 (G)
   H. Electronic Vehicle Registration or Transfer Charge DMV DESK ... $ 29.00 (H)

## STATEMENT OF INSURANCE
**NOTICE.** No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

### Vehicle Insurance

| | | | Term | Premium |
|---|---|---|---|---|
| $ N/A | Ded. Comp., Fire & Theft | | N/A Mos. | $ N/A |
| $ N/A | Ded. Collision | | N/A Mos. | $ N/A |
| Bodily Injury | $ N/A | Limits | N/A Mos. | $ N/A |
| Property Damage | $ N/A | Limits | N/A Mos. | $ N/A |
| Medical N/A | | | N/A Mos. | $ N/A |
| N/A | | | N/A Mos. | $ N/A |

Total Vehicle Insurance Premiums ... $ N/A

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X

Co-Buyer X

Seller X FUTURE FORD LINCOLN

**OPTIONAL DEBT CANCELLATION AGREEMENT.** A debt cancellation agreement is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy debt cancellation, the charge is shown in item 1K of the Itemization of Amount Financed. See your debt cancellation agreement for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos. $ N/A
Debt Cancellation Agreement

I want to buy a debt cancellation agreement.

Buyer Signs X N/A

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in Item 1I.

I1 Company EXPRESS DENT CARE
Term 36 Mos. or ___ Miles
I2 Company N/A
Term N/A Mos. or N/A Miles
I3 Company N/A
Term N/A Mos. or N/A Miles
I4 Company N/A
Term N/A Mos. or N/A Miles
I5 Company N/A
Term N/A Mos. or N/A Miles

Buyer X



**GREATER NEVADA**
Credit Union

02-28-2019

Justin W. Fredericksen
200 Charter Lane #417
Macon, GA 31210

Attn: Justin W. Fredericksen:

Subject:  Acct Nbr:     25649003002
          Borrower(s): Justin W. Fredericksen
                       Naomi A. Fredericksen

Dear

The amount needed to fully satisfy the above loan on   03-10-2019   is   30,409.67   .
The following table describes the payoff amount in detail:

| Balance Description | Due Credit Union | Due Member | Per Diem After 03-10-2019 |
|---|---|---|---|
| Note Interest | 34.85 | | 2.90 |
| Note Balance | 30,374.82 | | |
| **Totals** | 30,409.67 | 0.00 | |

Thank you,

Joann Jones
Member Resource Rep
Greater Nevada Credit Union



**TRAVIS CREDIT UNION**
P.O. Box 2069 · Vacaville, CA 95696
(800) 877-8328 · traviscu.org

| Statement Period | Member# | Page |
|---|---|---|
| 01-01-2017 to 03-31-2017 | 1033361 | 1 of 1 |

0103431-0210389 PDFT  001 ------ 612869

JUSTIN FREDERICKSEN
679 CARDINAL WAY
FERNLEY NV 89408

## Save the Date!

Join us at our 66th Annual Meeting on Thursday, April 27 at 5 p.m. at our Community Room at One Travis Way, Vacaville. You're invited to share your thoughts about the credit union's performance with TCU Board members and senior officials.

Call (800) 877-8328 or visit traviscu.org/annualmeeting

### Deposit Account Summary

| Account Description | Account Number | Beginning Balance | Total Withdrawals | Total Deposits | Ending Balance |
|---|---|---|---|---|---|
| Savings Account | 400950889 | $5.00 | $0.00 | $0.00 | $5.00 |

### Savings Account - 400950889

| Date | Transaction | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| | | | Joint Owner: NAOMI FREDERICKSEN | |
| 01/01 | Beginning Balance | | | $5.00 |
| 03/31 | Ending Balance | | | $5.00 |

ANNUAL PERCENTAGE YIELD EARNED: 0.000% FOR A 90 DAY PERIOD
Average Daily Balance: $5.00
Dividends Paid YTD on Savings Account: $0.00

### Auto Indirect New - 400950897

| Date | Transaction | Payment | Principal | Finance Charge | Other | Balance |
|---|---|---|---|---|---|---|
| 01/01 | Beginning Balance | | | | | $42,284.61 |
| 01/25 | Late Charge Assessment | $31.90 | $0.00 | $0.00 | $31.90 | $42,284.61 |
| 01/30 | Late Charge Waive | $31.90 | $0.00 | $0.00 | $31.90 | $42,284.61 |
| 01/30 | Regular Payment SWBC PAYMENT | $637.93 | $233.75 | $404.18 | $0.00 | $42,050.86 |
| 02/18 | Regular Payment SWBC PAYMENT | $637.93 | $512.28 | $125.65 | $0.00 | $41,538.58 |
| 03/25 | Late Charge Assessment | $31.90 | $0.00 | $0.00 | $31.90 | $41,538.58 |
| 03/31 | Ending Balance | | | | | $41,538.58 |

| Annual Percentage Rate | 5.740% | YTD Interest Paid | $529.83 |
|---|---|---|---|
| Daily Periodic Rate | 0.015726% | Payment Due Date | 03/15/2017 |



**TRAVIS CREDIT UNION**
P.O. Box 2069 · Vacaville, CA 95696
(800) 877-8328 · traviscu.org

| Statement Period | Member# | Page |
|---|---|---|
| 04-01-2017 to 06-30-2017 | 1033361 | 1 of 1 |



**THE SPRING AUTO REFI & REWARDS**

**Refinance your non-TCU auto loan and get deferred payments + $100 cash!**

Offer ends July 31, 2017

For details, visit a branch or call (800) 877-8328

0101243-0205819 PDFT  001 ------ 632670

JUSTIN FREDERICKSEN
679 CARDINAL WAY
FERNLEY NV 89408

## Deposit Account Summary

| Account Description | Account Number | Beginning Balance | Total Withdrawals | Total Deposits | Ending Balance |
|---|---|---|---|---|---|
| Savings Account | 400950889 | $5.00 | $9.00 | $64.29 | $60.29 |

## Savings Account - 400950889

| Date | Transaction | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| | | | Joint Owner: NAOMI FREDERICKSEN | |
| 04/01 | Beginning Balance | | | $5.00 |
| 04/25 | Deposit Payoff Excess Transfer from Loan 400950897 | | $64.29 | $69.29 |
| 06/30 | Maintenance Service Charge | $9.00 | | $60.29 |
| 06/30 | Ending Balance | | | $60.29 |

ANNUAL PERCENTAGE YIELD EARNED: 0.000% FOR A 91 DAY PERIOD
Average Daily Balance: $52.24
Dividends Paid YTD on Savings Account: $0.00

## Auto Indirect New - 400950897

| Date | Transaction | Payment | Principal | Finance Charge | Other | Balance |
|---|---|---|---|---|---|---|
| 04/01 | Beginning Balance | | | | | $41,538.58 |
| 04/03 | Regular Payment Mail Deposit/Payment | $669.83 | $350.51 | $287.42 | $31.90 | $41,188.07 |
| 04/25 | Account Payoff | $41,330.57 | $41,188.07 | $142.50 | $0.00 | $0.00 |
| 06/30 | Ending Balance | | | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| Annual Percentage Rate | 5.740% | YTD Interest Paid | | $959.75 |
| Daily Periodic Rate | 0.015726% | Payment Due Date | | 05/15/2017 |



**TRAVIS CREDIT UNION**
P.O. Box 2069 · Vacaville, CA 95696
(800) 877-8328 · traviscu.org

| Statement Period | Member# | Page |
|---|---|---|
| 07-01-2017 to 09-30-2017 | 1033361 | 1 of 1 |



**YOU'RE IN THE DRIVER'S SEAT!**

Turn To Travis and we'll beat your current rate!

Offer ends Oct. 31, 2017

Call (800) 877-8328 or visit traviscu.org

0095711-0:94675 PDFT 001 ------ 652933



JUSTIN FREDERICKSEN
679 CARDINAL WAY
FERNLEY NV 89408

| Deposit Account Summary | | | | | |
|---|---|---|---|---|---|
| Account Description | Account Number | Beginning Balance | Total Withdrawals | Total Deposits | Ending Balance |
| Savings Account | 400950889 | $60.29 | $9.00 | $0.00 | $51.29 |

| Savings Account - 400950889 | | | | |
|---|---|---|---|---|
| Date | Transaction | Withdrawals | Deposits | Balance |
| | | | Authorized Signer: NAOMI FREDERICKSEN | |
| 07/01 | **Beginning Balance** | | | $60.29 |
| 09/30 | Maintenance Service Charge | $9.00 | | $51.29 |
| 09/30 | **Ending Balance** | | | **$51.29** |

ANNUAL PERCENTAGE YIELD EARNED: 0.000% FOR A 92 DAY PERIOD
Average Daily Balance: $60.19
Dividends Paid YTD on Savings Account: $0.00



# TRAVIS CREDIT UNION

P.O. Box 2069 • Vacaville, CA 95696
(800) 877-8328 • traviscu.org

| Statement Period | Member# | Page |
|---|---|---|
| 10-01-2017 to 12-31-2017 | 1033361 | 1 of 1 |



**FREE-UP CASH FOR THE HOLIDAYS!**

Refi your Auto Loan and make no payments for up to 90 days + get up to $100!

$100 + 90

Offer ends Jan. 31, 2018

For details, visit a branch or call (800) 877-8328

0089324-0:82139 PDFT  001 ------- 674291

JUSTIN FREDERICKSEN
679 CARDINAL WAY
FERNLEY NV 89408

## Deposit Account Summary

| Account Description | Account Number | Beginning Balance | Total Withdrawals | Total Deposits | Ending Balance |
|---|---|---|---|---|---|
| Savings Account | 400950889 | $51.29 | $51.29 | $0.00 | $0.00 |

## Savings Account - 400950889

| Date | Transaction | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 10/01 | **Beginning Balance** | | | **$51.29** |
| 10/11 | Closeout Withdrawal CLOSEOUT ACCT | $51.29 | | $0.00 |
| 12/31 | **Ending Balance** | | | **$0.00** |

ANNUAL PERCENTAGE YIELD EARNED: 0.000% FOR A 11 DAY PERIOD
Average Daily Balance: $51.29
Dividends Paid YTD on Savings Account: $0.00



**TRAVIS CREDIT UNION**
P.O. Box 2069 • Vacaville, CA 95696
(800) 877-8328 • traviscu.org

| Statement Period | Member# | Page |
|---|---|---|
| 12-08-2016 to 12-31-2016 | 1033361 | 1 of 1 |

**IMPORTANT CHANGE IN TERMS NOTICE**

Effective Feb. 7, the $5 fee for overdraft transfers will be assessed to the account from which funds are transferred and will be transferred in the lesser of $100 increments or the balance of the account. Select Overdraft Coverage by visiting any of our branches or call us at (800) 877-8328 and protect yourself from the inconvenience of returned checks.

Visit www.traviscu.org or call (800) 877-8328

0105694-0215035 PDFT  001 ------ 593273

JUSTIN FREDERICKSEN
679 CARDINAL WAY
FERNLEY NV 89408

### Deposit Account Summary

| Account Description | Account Number | Beginning Balance | Total Withdrawals | Total Deposits | Ending Balance |
|---|---|---|---|---|---|
| Savings Account | 400950889 | $0.00 | $0.00 | $5.00 | $5.00 |

### Savings Account - 400950889

| Date | Transaction | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| | | | Joint Owner: NAOMI FREDERICKSEN | |
| 12/08 | Beginning Balance | | | $0.00 |
| 12/08 | Eff. 12-01 Deposit Membership Fee 400950897 FREDERICKSEN | | $5.00 | $5.00 |
| 12/31 | Ending Balance | | | $5.00 |

ANNUAL PERCENTAGE YIELD EARNED: 0.000% FOR A 24 DAY PERIOD
Average Daily Balance: $5.00
Dividends Paid YTD on Savings Account: $0.00

### Auto Indirect New - 400950897

| Date | Transaction | Payment | Principal | Finance Charge | Other | Balance |
|---|---|---|---|---|---|---|
| 12/08 | Beginning Balance | | | | | $0.00 |
| 12/08 | Eff. 12-01 New Loan Disbursement | $43,938.54 | $43,938.54 | $0.00 | $0.00 | $43,938.54 |
| 12/21 | Principal Receipt | $1,653.93 | $1,653.93 | $0.00 | $0.00 | $42,284.61 |
| 12/31 | Ending Balance | | | | | $42,284.61 |

| Annual Percentage Rate | 5.740% | YTD Interest Paid | $0.00 |
|---|---|---|---|
| Daily Periodic Rate | 0.015726% | Payment Due Date | 01/15/2017 |

Justin W. Fredericksen
Naomi A. Fredericksen
200 Charter Lane #417
Macon  GA  31210

```
--------------------------------------- Transaction History Account Number 25649003002------------------------------------
                               07-11-2016 to 03-07-2019
```

| Description | Eff Date | Post Date | Due Date | Balance Type | Amount | Running Bal |
|---|---|---|---|---|---|---|
| | | | | Total | 620.00 | |
| Regular Payment | 09-18-2018 | 01-30-2019 | 09-15-2018 | Note Interest | -71.82 | |
| | | | | Note Balance | -548.18 | 33595.55 |
| | | | | Total | 620.00 | |
| Regular Payment | 09-20-2018 | 01-30-2019 | 10-15-2018 | Note Interest | -6.43 | |
| | | | | Note Balance | -613.57 | 32981.98 |
| | | | | Total | 620.00 | |
| Regular Payment | 10-19-2018 | 01-30-2019 | 11-15-2018 | Note Interest | -91.45 | |
| | | | | Note Balance | -528.55 | 32453.43 |
| | | | | Total | 620.00 | |
| Regular Payment | 12-17-2018 | 01-30-2019 | 12-15-2018 | Note Interest | -183.09 | |
| | | | | Note Balance | -436.91 | 32016.52 |
| | | | | Total | 620.00 | |
| Regular Payment | 01-22-2019 | 01-30-2019 | 01-15-2019 | Note Interest | -110.20 | |
| | | | | Note Balance | -509.80 | 31506.72 |
| | | | | Total | 620.00 | |
| Regular Payment | 02-20-2019 | 02-20-2019 | 02-15-2019 | Note Interest | -87.37 | |
| | | | | Note Balance | -532.63 | 30974.09 |
| | | | | Total | 620.00 | |
| Regular Payment Internat Transfer from 2564900301 SAV | 02-27-2019 | 02-27-2019 | 03-15-2019 | Note Interest | -20.73 | |
| | | | | Note Balance | -599.27 | 30374.82 |
| | | | | Total | 620.00 | |

Ticket Number: CAS-16615482-X8R0S2 Customer: JUSTIN FREDERICKSEN Business phone: (530) 774-6359 Home phone: (530) 774-6359 Mobile phone: 5307746359 LTV Score: 90
Vehicle Purchase Status: Original Owner per NAVIS Dealer name: Butler Ford, Inc. Dealer P&A: 00222 Dealer phone: (478) 453-9391 VIN: 1FTEW1EP3GKF54339 Year : 2016 Make: FORD
Model: F-SERIES Mileage: 53991 Warranty Start Date: 11/25/2016 Engines Specification: 2.7L DOHC 4V DI GT V6 GAS/FFV Open Recall/FSA: 17S33, 18S27, 18N03 ESP: NONE LISTED
Hotline Contact: J8GDN003 NHL 5 50 A 02 DRV PERF,RUNS ROUGH,ALL RUNNING,ALWAYS last updated on 08.07.18 Warranty History: 06.27.18 - 41045 - replaced spark plug 08.06.18
- 45570 - engine replacement done - long block
Candice Strohm 12/13/2018 2:04 PM
**Title: Note created on 12/13/2018 10:05 AM by Marites Velina, Default Team: Tier 1 Inbound**
CONTACT VIA 5307746359 cp CUSTOMER SAY'S: I called Ford Corporate i submit a file that the engine was defective they cover and replaced the engine and now the new engine broke
down again while im travelling. It was broke down last time in GA now im going again in GA Im from Nevada the address on my profile is my father's home address. Im a traveler i
travel a lot ,my car broke down on me in the middle of the night. AS PER CUSTOMER, DEALER SAY'S: n/a CRC ADVISED: I will escalate your case/request to our Ford Regional Customer
Service Manager who works daily with your dealership's management team. The Ford Regional Customer Service Manager has access to all Ford resources and will use these resources
to assist you and your dealership regarding your situation. The Ford Regional Customer Service Manager will receive the information you have just provided me and will do a thorough
review on your behalf. You can expect a phone call from your Customer Service Manager within 1 business day. The case number that I have established for you today is CAS-XXXXXXX.
Marites Velina 12/13/2018 10:05 AM

Article

Article

## Admin Info

Admin Info

| | | | |
|---|---|---|---|
| Created By | 👤 Marites Velina | Modified By | 👤 Kinyeta Simmons |
| Created On | 12/13/2018 10:01 AM | Modified On | 1/18/2019 4:05 PM |
| Begin Date | 12/13/2018 | Case Type | |
| Title | CAS-16615482-X8R0S2 | Source Created By | |

PROOF OF SERVICE - 1013(a) C.C.P.

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is Gates, Gonter, Guy, Proudfoot & Muench, LLP, located at 38 Discovery, Suite 200, Irvine, CA  92618.

On **March 22, 2019**, I served the foregoing document described as **DECLARATION OF MARCIA M. LACOUR IN SUPPORT OF DEFENDANTS FORD MOTOR COMPANY AND FUTUR FORD OF CONCORD, LLC'S NOTICE OF REMOVAL** on the interested parties in this action as set forth on the attached service list in the following manner:

**(XXX)**          **BY MAIL.**  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service on the same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.  I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

( )          **BY FACSIMILE.**  In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

( )          **BY PERSONAL SERVICE.**  I caused a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server pursuant to Code of Civil Procedure §1011.

( )          **BY EXPRESS MAIL.**  I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

( )          **BY ELECTRONIC MAIL.**  I caused said document(s) to be served electronically to _____ pursuant to Civil Procedure §1010.6(a)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **March 22, 2019**, at Irvine, California.

_____
Jody Verne

*****************************************************************************

SERVICE LIST

**ATTORNEY FOR PLAINTIFF**
Natan Davoodi, Esq.
The Law Offices of Natan Davoodi, Esq.
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010
Tel: 310-889-4554
Fax: 213-382-4083

GATES, GONTER, GUY,
PROUDFOOT & MUENCH LLP
38 DISCOVERY, SUITE 200
IRVINE, CA 92618
(949) 753-0255

1